

# U.S. District Court

### Texas Western - San Antonio

THIS IS A COPY

Receipt Date: Aug 10, 2022 9:33AM

HENDLEY AND HODGES LAW
20710 US HIGHWAY 281 N., STE 300
BULVERDE, TX 78163

Rcpt. No: 736　　　　　Trans. Date: Aug 10, 2022 9:33AM　　　　　Cashier ID: #DG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #2030 | 08/10/2022 | $402.00 |

Total Due: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 5:22-CV-869. DR. JOHN ROE, PH.D. V. UNITED STATES OF AMERICA, AND FRANK KENDALL, III; LT. GEN. KEVIN KENNEDY (USAF); LT. GEN. SHAUN Q. MORRIS (USAF); JOSEPH DANIEL BURGHARD (USAF), ALLEN C. RABAYDA (USAF); LT. COL. JARED EKHOLM (USAF); CAPTAIN WILLIAM MCVEIGH (USAF); UNKNOWN NAMED USAF OSI AGENT, JOHN DOES 1-50.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov