IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS

FILED
DEC 14 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DR. JOHN ROE, PH.D. )
)
Plaintiff, )
)
vs. ) Civil Action No. 5:22-CV-00869
)
UNITED STATES OF AMERICA, et. al., )
)
Defendant(s) )

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, Dr. John Roe, Ph.D, by and through counsel, and provides notice to the Court and Parties pursuant to F.R.C.P. 41(a)(1)(A)(i) that all claims against named Defendant Allen Rabayda are voluntarily dismissed *without* prejudice. This notice is provided prior to the filing of an answer or motion for summary judgment by Defendant Rabayda.

Dated this 14th day of December 2022.         Respectfully submitted,

*/s/ John W. Hodges, Jr.*
John W. Hodges, Jr., #2409167
Hendley & Hodges Law
29710 US Hwy 281 North, Ste 300
Bulverde TX 78163
Phone: (210) 714-0924

*/s/ Jason R. Wareham*
Jason R. Wareham, CO Bar No: 56974
*Pro Hac Vice*
The Law Center P.C.
300 Plaza Dr., Ste 200
Highlands Ranch CO 80129
303-991-5200
Litigation@thelawcenterpc.com

**ATTORNEYS FOR PLAINTIFF**