IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. JOHN ROE, PH.D. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 5:22-CV-00869-JKP-HJB |
| UNITED STATES OF AMERICA, et. al., | )<br>)<br>) |
| Defendant(s) | )<br>) |

### DECLARATION OF ATTORNEY JOHN HODGES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ACCESS TO CLASSIFIED INFORMATION

Declarant, John Hodges, attorney for Plaintiff, attests to the following facts in support of Plaintiff's Motion to Compel Access to Classified Information.

1. I am an attorney licensed to practice law in New York, D.C., Colorado, Nebraska, and Iowa.

2. I am a former Marine Corps judge advocate who practiced in that capacity on active duty from 2008 to 2020, leaving with the Rank of Major.

3. I continued in the U.S. Marine Corps Reserves until October of 2022, leaving with the Rank of Lieutenant Colonel.

4. During that time, I had regular training on classified material management.

5. From 2008 to 2016, I held a SECRET level security clearance through the Department of Defense.

6. From 2016, to Present[1], I maintained a TS/SCI with Special Access Program read on (same level as Plaintiff's work) in connection with my work as a detailed defense counsel in front of the Military Commissions in Guantanamo Bay, Cuba.

---

[1] The current status of my security clearance is unknown. Though I separated from the military in 2020, I remained attached to the civilian counsel pool at the Military Commissions Defense Organization. Only recently, I was informed of additional paperwork for that position, which has been submitted. While normally, my security clearance would

7. At the Military Commissions I represented detainees on the capital defense teams for 9/11, U.S.S. Cole, and Malaysian Bombing cases.

8. During that time, I had regular access to, and responsibilities concerning handling of, TS/SCI – SAP level classified materials.

9. I am fully competent and able to handle classified information at the highest levels.

**I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 28, 2023.**

*John Hodges*
_____
John W. Hodges, Jr., #2409167
Hendley & Hodges Law
29710 US Hwy 281 North, Ste 300
Bulverde TX 78163
Phone: (210) 714-0924

---

have been up for reinvestigation around December 2021, I understood at the time that COVID constraints had slowed reinvestigations. I have asked MCDO for a status on my clearance. I am confident that, should a reinvestigation or renewal be required, I would meet the requirements for continued TS/SCI eligibility.