UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. JOHN ROE,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | Civil Action No. 5:22-CV-00869-JKP (HJB) |

## JOINT ADVISORY REGARDING POTENTIAL TRIAL DATES

The parties respectfully submit this joint advisory in accordance with the Court's Order entered at Docket no. 92.

Plaintiff requests that trial not be scheduled during August 2025 or on September 1–3, 15–16, or 23–27.

Defendant requests that trial be scheduled during the weeks of September 15, September 22, or September 29, 2025.

The parties estimate that five days will be needed for trial.

Dated: March 14, 2025         Respectfully Submitted,

                              YAAKOV M. ROTH
                              Acting Assistant Attorney General

                              C. SALVATORE D'ALESSIO, JR.
                              Director, Torts Branch

                              RICHARD MONTAGUE
                              Senior Trial Counsel, Torts Branch

/s/ Reginald M. Skinner
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar. No. 48785
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov

**Margaret F. Leachman**
Acting United States Attorney

/s/ Robert D. Green
**Robert D. Green**
Assistant United States Attorney
Texas Bar No. 24087626
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)
robert.green3@usdoj.gov

***Attorneys for Defendant***

**HENDLEY & HODGES LAW PLLC**
4594 US Hwy 281 North
Spring Branch, Texas 78070
Tel: (210) 714-0924
Fax: (210) 640-3398

John W. Hodges Jr.
TX Bar No. 24090167
Email: john@hhtx.law

**ALLEN, VELLONE, WOLF, HELFRICH & FACTOR, P.C.**
1600 Stout Street, Suite 1900
Denver, Colorado 80202

Tel: (702) 245-2440

By: /s/ Jason R. Wareham
    Jason R. Wareham
    CO. State Bar No. 5697
    *Pro Hac Vice* Pending
    Litigation@thelawcenterpc.com

    ***Attorneys for Plaintiff***