UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. JOHN ROE. Plaintiff,

vs.                                                            Case No.: 5:22-CV-00869

UNITED STATES OF AMERICA, ET AL.
Defendants.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Lance Henry, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Dr. John Roe in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Allen Vellone Wolf Helfrich & Factor P.C. with offices at:

   Mailing address: 1600 Stout St. Suite 1900

   City, State, Zip Code: Denver, CO 80202

   Telephone: 303-534-4499        Facsimile: 303-893-8332

2. Since May 30, 2017, Applicant has been and presently is a member of and in good standing with the Bar of the State of Colorado. Applicant's bar license number is 50864.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Colorado state courts | 05/30/2017 |
   | US District Court for the District of Colorado | 05/23/2018 |
   | US 10th Circuit Court of Appeals | 05/06/2021 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the \_\_\_\_\_ day of _____, _____.
   Number: _____ on the \_\_\_\_\_ day of _____, _____.
   Number: _____ on the \_\_\_\_\_ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.
   Yes.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John Hodges, Hendley & Hodges Law

Mailing address: 4594 US Hwy 281 N.

City, State, Zip Code: Spring Branch, TX, 78070

Telephone: (210) 714-0924

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Lance Henry to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Lance Henry
[printed name of Applicant]

*Lance Henry* (signature)
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14th day of May, 2025.

Lance Henry
[printed name of Applicant]

*Lance Henry* (signature)
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. JOHN ROE. Plaintiff,

vs.                                                                                                   Case No.: 5:22-CV-00869

UNITED STATES OF AMERICA, ET AL.
Defendants.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Lance Henry**, counsel for **Dr. John Roe**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Lance Henry** may appear on behalf of **Dr. John Roe** in the above case.

IT IS FURTHER ORDERED that **Lance Henry**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of **May**, 20 **25**.

_____
UNITED STATES MAGISTRATE JUDGE