IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JOHN ROE, § | | |
| § | | |
| *Plaintiff,* § | | SA-22-CV-00869-JKP |
| § | | |
| vs. § | | |
| § | | |
| UNITED STATES OF AMERICA, § | | |
| FRANK KENDALL III, LT. GEN. KEVIN § | | |
| KENNEDY, (USAF); LT. GEN. SHAUN § | | |
| Q. MORRIS, (USAF); JOSEPH DANIEL § | | |
| BURGHARD, (USAF); LT. COL. JARED § | | |
| EKHOLM, (USAF); CAPTAIN § | | |
| WILLIAM MCVEIGH, (USAF); | | |
| UNKNOWN NAMED USAF OSI | | |
| AGENT, JOHN DOES 1-50, | | |
| DEPARTMENT OF THE AIR FORCE, | | |
| AIR FORCE OFFICE OF SPECIAL | | |
| INVESTIGATIONS, | | |
| | | |
| *Defendants.* | | |

## ADVISORY REGARDING MEDIATION

On June 17, 2024, this matter was referred to the undersigned to conduct a mediation with the parties [#79]. On June 4, 2025, the undersigned held a mediation in this case on Zoom at which both parties and their counsel appeared and participated. The undersigned now notifies the District Court that the case **DID NOT SETTLE** during mediation, and the case is **RETURNED** to the District Court for further proceedings.

**IT IS SO ORDERED.**

SIGNED this 4th day of June, 2025.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE