# Exhibit No. 1

**Defendants' Opposed Motion To Exclude Plaintiff's Expert Testimony**

5:22-CV-00869-JKP-HJB (W.D. Tex.)



**DEPARTMENT OF THE AIR FORCE**
AIR FORCE LIFE CYCLE MANAGEMENT CENTER
CRYPTOLOGIC AND CYBER SYSTEMS DIVISION
JOINT BASE SAN ANTONIO-LACKLAND, TEXAS  78243-7081

25 Aug 2020

MEMORANDUM FOR AFLCMC/HNCKC
                               Attn:  GG-14 Richard R. Bremer

FROM:    AFLCMC/HNCO
               3133 General Hudnell, Suite 200
               San Antonio, TX 78226-1885

SUBJECT: Appointment of Inquiry Official

1. You are appointed to conduct a preliminary inquiry into a recently reported security incident. The incident involves the failure to follow proper industrial security procedures and guidelines for the reporting of and obtaining the required acknowledgement of a sub contractual relationship.

2. The purpose of this inquiry is to determine whether a compromise occurred and to categorize this security incident. The categories are: security violation, security infraction, or inadvertent disclosure. You are authorized to interview those persons necessary to complete your findings. You are further authorized access to records and files pertinent to this inquiry. Your clearance/access has been verified based on the initial findings of this incident.

3. Conducting this inquiry will be your primary duty until completed. Contact Mr. William O. Rowe, AFLCMC/HNCO Chief of Security for a briefing on your responsibilities, conduct of and limitations to the inquiry. Your written report will be submitted to me no later than 10 working days of your appointment as Inquiry Official. At a minimum, your report must contain:

   a. A statement that a compromise or possible compromise did or did not occur.

   b. Category of the security incident.

   c. Cause factors and responsible person(s).

   d. Recommended corrective action needed to preclude a similar incident.

4. Notify Mr. Rowe immediately if you determine a compromise has occurred. You are encouraged to obtain technical assistance from Mr. Rowe or Mr. Jose A. Morin, GSSO, during the course of this inquiry whenever necessary.

EKHOLM.JARED.M.1261090488
Digitally signed by EKHOLM.JARED.M.1261090488
Date: 2020.08.26 12:48:24 -05'00'

JARED M. EKHOLM, Lt Col, USAF
Materiel Leader
Cyber Warfare Mission Systems
Cryptologic and Cyber Systems Division
JBSA-Lackland, San Antonio, TX 78226-1885

US0000741