# Exhibit No. 6

**Defendants' Opposed Motion To Exclude**

**Plaintiff's Expert Testimony**

5:22-CV-00869-JKP-HJB (W.D. Tex.)

Page 1

1                UNITED STATES DISTRICT COURT

2                WESTERN DISTRICT OF TEXAS

3                 SAN ANTONIO DIVISION

4    - - - - - - - - - - - - - - +

5    DR. JOHN ROE,

6          Plaintiff,              CASE NUMBER:

7    v.                           5:22-CV-00869-JKP-HJB

8    UNITED STATES, et al.

9          Defendants.

10   - - - - - - - - - - - - - - +

11

12

13

14

15          DEPOSITION OF DR. ███  ███████

16             Washington, D.C.

17           Thursday, May 8, 2025

18               10:05 a.m.

19

20

21

22

23   Job No. CS 7351249

24   Pages: 1 - 172

25   Transcribed by:  Danielle E. Lawrence

     Job No. CS1

1    A.      It's a market analysis.

2    Q.      Is this your expert report?

3    A.      Yes.

4    Q.      Did you draft this document?

5    A.      Yes.

6    Q.      Did you research this document?

7    A.      Yes.

8    Q.      Did you have any help from anybody in putting

9    this document together?

10   A.      No.

11   Q.      Have you ever served as an expert witness in a

12   lawsuit before?

13   A.      No.

14   Q.      Have you ever served as a vocational expert in a

15   lawsuit before?

16   A.      Define vocational.

17   Q.      An expert that provides an opinion with respect

18   to earning capacity.

19   A.      In what context?

20   Q.      What context?

21   A.      In what context?

22   Q.      In what context, okay.  In a lawsuit.

23   A.      No.

24   Q.      Okay.  So, you have never before served as a

25   vocational expert in a lawsuit, is that correct?

1    A.      Correct.

2    Q.      Have you ever served as an economic expert in

3    any capacity?

4    A.      Can you refine the question?

5    Q.      Sure.  Have you ever served as an economic

6    expert in a lawsuit before?

7    A.      No.

8    Q.      Have you ever provided an expert opinion on a

9    market or an economy in a lawsuit before?

10   A.      No.

11   Q.      Okay.  Have you ever before served as an expert

12   in an economic matter or a market analysis or an

13   industry analysis?

14   A.      In what context?

15   Q.      Any context.

16   A.      Yes.

17   Q.      Tell me about that.

18   A.      I provided expert advice within the context of

19   business.

20   Q.      What expert advice and what do you mean by

21   "business"?

22           MR. WAREHAM:  Object as to form.

23           THE WITNESS:  A mathematical analysis based on

24   publicly available information for the assessment of

25   potential market capture of the company.

1    BY MR. GONZALEZ:

2    Q.      Okay.  Let's break that down.  Mathematical

3    analysis of potential market capture of a company, okay.

4    What does the term "market capture" mean?

5    A.      Available for -- the availability of business or

6    revenue within a certain market segment.

7    Q.      What market segment?

8    A.      There have been a few.

9    Q.      Could you go through each one?

10   A.      I'll give you one example, a potential market

11   capture within cybersecurity.

12   Q.      Potential market capture within cybersecurity.

13   When did you provide this analysis?

14   A.      Within the last five years.

15   Q.      I need you to be more specific, what year?

16   A.      I don't recall.

17   Q.      How many times in the last five years?

18   A.      I've done market analysis on several occasions

19   in the last five years.

20   Q.      So, several, more than two?

21   A.      Yes.

22   Q.      More than five?

23   A.      No.

24   Q.      Between two and five, okay.  And were those

25   market analyses all for CyberAI?

1    A.       CyberAI is the confluence of both cybersecurity

2    and AI.

3    Q.       So, how do you define the CyberAI market?

4    A.       The CyberAI market can be defined as

5    cybersecurity tools that use algorithms that are

6    fundamental with AI and machinery.

7    Q.       You previously testified you had performed two

8    and five market analysis of cyber and AI, correct?

9    A.       Correct.

10   Q.       Have you ever performed a market analysis of

11   CyberAI?

12   A.       Yes.

13   Q.       When?

14   A.       This one.

15   Q.       Before this one?

16   A.       No.

17   Q.       This is your first time performing a market

18   analysis of CyberAI, is that correct?

19   A.       Within this specific domain, yes.

20   Q.       What does that mean, "this specific domain"?

21   A.       Specific to U.S. government contracts.

22   Q.       So, you have never performed a market analysis

23   of CyberAI in the context of government contracts,

24   correct?

25   A.       Correct.

1   Q.      What personal experience informs this document?

2   A.      The experience doing work in the field of

3   CyberAI.

4   Q.      Okay.  What work have you performed in CyberAI?

5   A.      I did consulting work for the U.S. government

6   for a little over a year, and then I did the same thing

7   at Leidos for about five years.

8   Q.      Your experience with the government, you're

9   referring to GITI?

10  A.      G-I-T-I, yes, that's correct.

11  Q.      Okay.  And your experience at Leidos also

12  informs this?

13  A.      Correct.

14  Q.      Okay.

15  A.      Specifically in CyberAI, I have prior experience

16  in cyber that predates this, as well as AI that predates

17  this.

18  Q.      What experience at Leidos informs this expert

19  report?

20  A.      I was vice president at Leidos and built a

21  research team that did this work.

22  Q.      Did what work?

23  A.      Work in CyberAI.

24  Q.      Okay.

25  A.      It is a new field.

1    Q.      What work did your team perform in CyberAI?

2    A.       There were a variety of things, for example,

3    penetration of firewalls using AI techniques as part of

4    the offensive cybersecurity -- I guess you call it tools

5    or techniques.  Using AI to detect malware or insider

6    threats and doing remediation AI to manipulate or create

7    new techniques that provide entry into computer systems

8    or networks.  There were a variety of things we worked

9    on.

10   Q.      Is there any other work that you performed at

11   Leidos that informs this opinion?

12   A.       In addition to?

13   Q.      What you've just gone over.

14   A.       No.

15   Q.      You would agree that the work that you just

16   described is not a market analysis, though, correct?

17   A.       No.

18   Q.      You couldn't agree?

19   A.       No.

20   Q.      Why won't you agree with that?

21   A.       Because part of doing research requires doing a

22   market analysis.

23   Q.      So, you have performed market analysis in the

24   field of CyberAI?

25   A.       Yes.

1    Q.      Walk me through your methodology for performing

2    a market analysis at Leidos.

3    A.      It's no different than any other market

4    analysis.  It would include looking at current companies

5    that are -- espouse you to do similar technology and

6    roughly the size of that company, current contracts,

7    whether or not they'd be competitive on something that

8    we'd be competing on.  So, if we're responding to an RFP

9    from, say, DARPA, we would do this to try to understand

10   if we would be competitive against other performers on a

11   DARPA contract.

12           Understanding the current landscape within the

13   U.S. government.  For example, the executive orders and

14   how they pertain to this type of work.  Often we'd get

15   additional information through McKenzie or Gartner to

16   understand the position of the current technology and

17   how that would position the company to be successful in

18   a particular area or if there's things we needed to

19   focus on to improve certain aspects of the technology

20   for that to be competitive.

21   Q.      You started off saying, it's no different than

22   any other market analysis.  Is there a specific

23   methodology that one should employ in performing a

24   market analysis?

25   A.      I think what I've outlined is, from what I

1    understand, a fairly common method.

2    Q.       What do you mean "from what you understand"?  Do

3    you understand that the method that you have outlined is

4    the standard methodology for performing a market

5    analysis?

6    A.       Based on my research, yes.

7    Q.       What research?

8    A.       I research other market analysis and what they

9    typically include.  I think it varies by field or

10   technology.  But, based on my research and folks that

11   I've talked with, this is precisely what you'd have in a

12   market analysis.

13   Q.       "Folks that you've talked with", did you ask

14   other people about how to perform this market analysis?

15   A.       No, not for this specific one.  No.

16   Q.       So, have you ever drafted your own market

17   analysis before?

18   A.       Yes.

19   Q.       You submitted that at Leidos?

20   A.       These were part of the research done at Leidos,

21   yes.

22   Q.       So, I'm looking at page 2 of your CV.  Can you

23   show me what in there references the market analysis

24   work that you're talking about?

25   A.       Sure.  The work done as a principal investigator

1    for cyber artifical intelligence machine learning

2    research, the position as a chief scientist, and the

3    position as PI for Horizon Research & Development.

4    Q.      So, I'm talking a little slow.  Part of the

5    reason why I'm talking a little slow is for the court

6    reporter.

7    A.      Sorry.

8    Q.      So, is it your testimony here that the function

9    of being a principal investigator includes performing

10   market analyses?

11   A.      Yes.

12   Q.      And as a principal investigator, that was a

13   regular part of your job?

14   A.      I would say it's frequent.  I wouldn't say it's

15   a regular part of the job.

16   Q.      Okay.

17   A.      We'd have to define regular.

18   Q.      As a principal investigator, was performing

19   market analyses a responsibility attended to that

20   position?

21   A.      Yes.

22   Q.      When you performed these market analyses, did

23   you provide them to anyone at Leidos?

24   A.      Yes, in some cases it was verbal.  Others, it

25   would have been some sort of presentation form to help

Page 38

1    AI.  Other companies use AI or more machine-like

2    techniques.  Things like a market analysis require a

3    deep understanding and a deeper dive into the company's

4    capabilities to understand whether or not the product

5    they're going to be bringing forward to be competitive

6    would be similar to something we were developing and a

7    lot of new ones.

8    Q.      Have you ever created a market analysis outside

9    of CyberAI?

10   A.      Not that I can recall.

11   Q.      Have you ever taken a class on how to perform a

12   market analysis?

13   A.      No.

14   Q.      Have you received any certification with respect

15   to how to perform a market analysis?

16   A.      No.

17   Q.      Do you know what methodology economist employ

18   when they are performing market analyses?

19   A.      I've studied or researched what other people use

20   for doing a market analysis, including what other

21   experts would use for market analysis and I base my

22   assessments and the market analyses that I performed on

23   those, I would say, commonly used techniques.

24   Q.      What other experts or sources have you relied

25   upon in performing or refining your own technique?

1    A.     I researched hundreds.

2    Q.     Can you name a few?

3    A.     Techniques listed by, say, McKenzie.  There's

4    several you can find online and, in some cases, it's as

5    similar as a Google search.

6    Q.     So, is it your testimony here today that the

7    methodology you have employed is generally recognized by

8    McKenzie?

9    A.     I'd say it's generally recognized by the

10   industry.

11   Q.     Do you know if it's generally recognize by

12   McKenzie?

13   A.     I don't know.

14   Q.     Okay.  Can you point to any resource or

15   scholarly article or textbook that supports your

16   assessment that it is generally recognized by the

17   industry?

18   A.     I read several scholarly articles and several

19   textbooks.  I can't point to a single one off the top of

20   my head.

21   Q.     You can't identify any right now?

22   A.     I don't recall.

23   Q.     Do you have any concerns that your market

24   analysis here is incorrect?

25   A.     No.

1    Q.      Did you take any steps to verify the accuracy of

2    your market analysis?

3    A.      What do you mean, "verify the accuracy"?

4    Q.      To make sure it's correct.

5    A.      Yes, I double-checked my numbers several times.

6    Q.      So, you double-checked your numbers.  Did you

7    double-check your methodology?

8    A.      Yes.

9    Q.      How?

10   A.      Reviewing the common technique for performing a

11   market analysis.

12   Q.      And what did you cross reference your

13   methodology against?

14   A.      Common techniques in the field.

15   Q.      But you keep saying common techniques, what is

16   your basis for that?  I'm trying to understand.

17   A.      Right.

18   Q.      Is there an article?

19   A.      I don't recall a specific article, I've stated

20   that several times.  What I do recall is that for a

21   market analysis to be unbiased, for example, you try to

22   use data that's available from an unbiased source, like

23   a government website, using several -- at least in a

24   particular subfield -- several examples from that

25   subfield.  So, you refine your analysis to things within

1    customers in an industry?

2    A.    No.

3    Q.    Should a market analysis include the number of

4    businesses offering services in an industry?

5    A.    Yep.

6    Q.    Have you ever heard of the concept called a

7    competitive analysis?

8    A.    I'm not sure.

9    Q.    Should a market analysis include anything about

10   barriers to entry from an entrance?

11   A.    No.

12   Q.    I'm going to ask you the same question for 2022,

13   do you know how many companies were offering AI cyber

14   services to the Department of Defense in 2022?

15   A.    I don't know.

16   Q.    Same question for 2021?

17   A.    Don't know, it's a large field.

18   Q.    Does your expert report include any information

19   about barriers to entry?

20   A.    No.

21   Q.    Do you think that was necessary to include?

22   A.    No.

23   Q.    Why?

24   A.    A barrier to entry is not necessary for a market

25   analysis in this instance.

1    A.      I don't recall.

2    Q.      Take an opportunity to look over it.

3    A.      I don't see a specific listing of barrier to

4    entry in this document.

5    Q.      Okay.  Let's take a look at the opinion section

6    of your expert report.  I'm going to read the first

7    clause, based on my opinion and as a subject matter

8    expert in AI and cyber, what does it mean to be a

9    subject matter expert in AI and cyber?

10   A.      A subject matter expert knows both -- well,

11   knows the field deeply, meaning they understand the

12   theory and numerical application of that there.

13   Q.      What experience or education makes you a subject

14   matter expert in AI and cyber?

15   A.      In AI, I've been doing mathematics that we now,

16   today, consider AI but years ago were just considered

17   math statistics and probability theory, and the

18   numerical application of those in the last 20 years.

19   Similarly in cyber, I've done work professionally and

20   studied it deeply in several aspects of the field of

21   cybersecurity, specifically offensive and defensive of

22   cyber.

23   Q.      Does that education inform that expertise?

24   A.      Yes.

25   Q.      What education?

1    A.      I have several degrees that inform this

2    expertise, as well as studying graduate level work in

3    several of these areas.

4    Q.      I don't see here you saying that you're a

5    subject matter expert in the AI cyber market, is that

6    correct?

7    A.      I did not specifically state in that line that

8    I'm a subject matter expert in the CyberAI market.

9    Q.      Okay.  You didn't state that anywhere in here,

10   though, correct?

11   A.      Not on that line, no.

12   Q.      In the expert report, you didn't state anywhere

13   that you are a subject market expert in the AI cyber

14   market, is that correct?

15   A.      I don't recall.  I know both fields and I know

16   that field very well.  I worked in that field for many

17   years.  Having a subject matter expertise in both cyber

18   and AI, makes me a subject matter expert in CyberAI.

19   Q.      That's what I was getting at.  Your testimony

20   here is that your expertise in cyber and AI also makes

21   you an expert on the CyberAI market, is that correct?

22   A.      Yes.

23   Q.      Okay.  Can we agree that you have no formal

24   education, though, in analyzing markets?

25   A.      No.

Page 47

1    Q.      What formal education do you have in analyzing

2    markets?

3    A.      I don't understand the question.

4    Q.      What formal education do you have in analyzing

5    markets?

6    A.      I have no formal education in analyzing markets.

7    Q.      You also write, "based on my opinion", that's

8    the first four words there.  When you say "based on my

9    opinion", is that your personal opinion or something

10   else?

11   A.      Personal opinion.

12   Q.      Okay.  I'm going to read that full sentence into

13   the record, okay?  Based on my opinion as a subject

14   matter expert in AI and cyber, the average CyberAI

15   contract's value for small businesses working for DOD

16   over the last five-year period is 142.5 million.  This

17   is based on evidence provided above and data gathered

18   from a government website.  When you say, "data gathered

19   from a government website", what data are you referring

20   to?

21   A.      Contracts and contract value gathered from the

22   usaspending.gov website.

23   Q.      And that data that you're referring to is the

24   data that you go over in your case studies?

25   A.      Correct.

1    Q.     Is it your testimony here today that all of the

2    77 contracts you used in your analysis were with

3    Air Force Life Cycle Management?

4    A.     I believe that's correct.

5    Q.     Do you know if that's correct?

6    A.     I'm fairly certain that's correct.

7    Q.     Did you perform any research or any efforts to

8    assure yourself of that?

9    A.     I don't recall.

10   Q.     Let me ask you a hypothetical, let's say of the

11   77 contracts, 15 were with DARPA and another 15 were

12   with -- were for defensive cyber operations, would that

13   change your analysis at all?

14        MR. WAREHAM:  Objection to form.

15   BY MR. GONZALEZ:

16   Q.     And that's a hypothetical.

17   A.     Are you assuming that these companies are

18   performing CyberAI work?

19   Q.     Yes.

20   A.     If it's CyberAI work specifically, it would not

21   change my assessment.

22   Q.     Okay.  So, the numbers you've arrived at in your

23   expert report, it makes no difference whether it was

24   offensive CyberAI work or defensive CyberAI work, is

25   that correct?

1    A.      That's correct.  As I stated earlier, defensive

2    work is often also including offensive work.

3    Q.      And as I understand it, the conclusions that you

4    have made in this expert work, it doesn't make a

5    difference if the contract was with DARPA or Air Force

6    Life Cycle Management, is that correct?

7    A.      That's correct.  I believe so, yes.

8    Q.      So, you arrive at this number, 142.5 million,

9    how do you get there?

10   A.      That was based on this market survey of these

11   contracts awarded to these companies over that period.

12   Q.      Okay.

13   A.      And an average of those contracts.

14   Specifically, the money that was paid out during that

15   period.

16   Q.      So, you added up the contracts' value over that

17   five-year period, correct?

18   A.      Correct.

19   Q.      And then you divided that by five?

20   A.      Correct.

21   Q.      And that's how you reached 142.5 million?

22   A.      Yes, I believe that's what I stated in here.

23   The last line of case studies with an average value of

24   28.5 million per year for each company.

25   Q.      Okay.

1     A.     Total value of contracts awarded during this

2     period were 713.85 million.

3     Q.     So, you divided that 700 number by 5, you got

4     the 142 right?

5     A.     Correct, divided by five companies, 20.5.

6     Q.     Did you develop this formula yourself?

7     A.     No.

8     Q.     Where did you get this formula from?

9     A.     It's basic mathematics.

10    Q.     So, you applied basic mathematics?

11    A.     Correct.

12    Q.     What does the 142.5 million represent, is that a

13    market or something else?

14           MR. WAREHAM:  Objection to form.

15           THE WITNESS:  It represents the data that's

16    available on the public website.

17    BY MR. GONZALEZ:

18    Q.     You're not saying that that 142.5 million is the

19    average value of contracts for CyberAI per year, are

20    you?

21    A.     No.

22    Q.     Okay.  So --

23    A.     Generally speaking, no.

24    Q.     It could be more?

25    A.     It could be much more.

1          MR. GONZALEZ:  We're going to move on but you

2     and me need to talk about it during lunch, okay, because

3     I want to just get through it.

4          MR. WAREHAM:  Yeah, I'm with you.  I actually

5     have no problem with him answering, but for the

6     derivative classification problem and that's not

7     something we hold.  We can't make that decision.

8     BY MR. GONZALEZ:

9     Q.     The 142.5 million number is based on publically

10    available information?

11    A.     That's correct.

12    Q.     And the -- is it your testimony that in 2023,

13    the five companies that you identified are the only

14    companies operating in the CyberAI offensive space with

15    AFCLO?

16    A.     These are the five companies that were operating

17    for Air Force Life Cycle Management, specifically HNCO

18    doing cyber and AI work that was similar to the work

19    that I was analyzing, yes.

20    Q.     But were there other companies in 2023?

21    A.     Working for HNCO, not to my knowledge.

22    Q.     Okay.  Why did you select these five companies?

23    A.     I know the work that these companies do.

24    Q.     Okay.

25    A.     It's a very small group of companies that do

1    this work.

2    Q.      How big is the group?

3    A.      Within HNCO, it really comes down to these five.

4    Q.      It's your testimony here that there with no

5    other companies over the five-year period that were

6    provided CyberAI services or products to HNCO, is that

7    correct?

8    A.      As public information, yes.  I can't state

9    classified information.

10   Q.      And it's your testimony here today, that these

11   77 contracts were mostly providing contracts with HNCO?

12   A.      To the best of my knowledge, based on publically

13   available information, yes.

14   Q.      Do you know if any of these 77 contracts were

15   with DARPA?

16   A.      I don't recall.

17   Q.      Okay.  Do you know if any of these 77 contracts

18   were with Cyberspace Command?

19   A.      You're getting into an area where there's

20   classified information.  I can't discuss that.

21   Q.      I just asked if you know.

22   A.      I can't answer.

23           MR. WAREHAM:  Just so you're aware, the

24   requirement is that you neither confirm or deny.  So,

25   the answer is, he can't confirm or deny.  That's the

1    instruction under classified management by the

2    government.

3    BY MR. GONZALEZ:

4    Q.    Do you know in any of the companies in the 77

5    contracts that you identified had contracts with

6    U.S. Fleet Cyber Command?

7    A.    I can't answer that.

8         MR. GONZALEZ:  So, here's the problem -- let me

9    speak.  So, he has said that these 77 contracts were all

10   with Air Force Life Cycle Management --

11        MR. WAREHAM:  I'll fix this.  Give me

12   10 minutes.

13        MR. GONZALEZ:  If they're all with Air Force

14   Life Cycle Management and he's --

15        MR. WAREHAM:  I'm tracking.  Give me 10 minutes,

16   I'll get this figured out, all right?  I'll make this

17   easy.

18        MR. GONZALEZ:  Okay.

19        MS. SEEMAN:  Can we go off the record?

20        THE COURT REPORTER:  Off the record.

21        (Short recess was taken.)

22   BY MR. GONZALEZ:

23   Q.    So, there's five companies in your case study,

24   correct?

25   A.    Yes.

1    Q.      Okay.  Why did you choose or use those five

2    companies?

3    A.      Because of the type of work that I was doing, it

4    was most similar to the type of work I was doing.  I

5    know specifically what these companies are doing on

6    those contracts and specifically what's in those RFPs.

7    Q.      Are there other companies that would have met

8    that criteria?

9    A.      It's possible but there are few companies that

10   have the skill sets to be able to meet that criteria.  I

11   happen to know, at least on the government's space, the

12   contractors that are competitive in this space.

13   Q.      Are you able to identify any other companies

14   that would have met the criteria for selection in your

15   expert report?

16   A.      No.

17   Q.      So, to your knowledge, these are the only five

18   that meet your criteria?

19   A.      To my knowledge, these are the only five that

20   meet the criteria.

21   Q.      What was your criteria?

22   A.      Filtering down from many companies that do this

23   sort of work and many companies that espouse to or

24   purport to do CyberAI work.  I filter from there to

25   companies that I know specifically that do this work and

1    are performers regularly in this specific area of

2    CyberAI research.

3    Q.      So, your filter was companies that you were

4    personally aware of?

5    A.      The companies that I know exist within this

6    space.

7    Q.      Okay.

8    A.      As I said, it's a very small subset of

9    companies.

10   Q.      What I'm trying to understand, though, was this

11   your arbitrary choice or when you say "filter", was

12   there like some sort of mechanism you applied?

13   A.      The mechanism is my subject matter expertise in

14   this arena.

15   Q.      Okay.  So, going back to 2023, is it your

16   testimony that these were the only five companies

17   offering CyberAI services to the Department of Defense?

18   A.      No.

19   Q.      Is it your testimony that these five companies

20   were the only companies providing CyberAI services to

21   the Air Force?

22   A.      We have to refine the definition of CyberAI.

23   CyberAI relative to what I was doing at that time, there

24   were only five companies that were doing a similar level

25   of CyberAI work in this space.  There were probably

1      with HNCO?

2      A.      To the best of my knowledge.

3      Q.      Let's take a look at USA Spending.  I'd like you

4      to just kind of walk me through your analysis.  You

5      talked about it a little bit in the report but, like,

6      let's start with Kudu and just show me how you filter

7      through.

8      A.      Okay.

9      Q.      So, here's what I'd like you to do, I'd like you

10     just to filter for the contracts.  I guess the contracts

11     with Kudu?

12     A.      Okay.  That's very easy.

13     Q.      For the five-year period.

14     A.      Key word search.

15     Q.      Okay.

16     A.      Kudu Dynamics, I actually checked this this

17     morning.  Filtered updated, submit the search.

18     Q.      So, this -- that's like all time, though, right?

19     A.      Yes, you can give a date to a date, for example.

20     Q.      Yes.

21     A.      So, you could say 1-1-2020 --

22     Q.      Let's see the five-year period that you did.

23     I'm kind of trying to replicate what you did.

24     A.      Okay.

25     Q.      I think you said fiscal year 2020 to fiscal year

1    2024, is that correct?

2    A.       I believe so.

3    Q.       And this would be with DOD or HNCO.  I guess

4    maybe you just want to do DOD --

5    A.       You can refine down from here so this would give

6    you the list of contracts within this period.

7    Q.       Okay.

8    A.       And then you could further refine using this

9    website.

10   Q.       So, how many contracts do we have?

11   A.       For example, you can look at agency.  Contracts

12   for DOD, here's 20, for example, in that range.  From

13   there, you can look at awarding agency.  So, I think the

14   example I gave here was --

15   Q.       I think you said Department of Defense.

16   A.       We also need to extend this.

17   Q.       Let's six, though.  I think you said five-year

18   period, right?

19   A.       Five-year period.

20   Q.       So, let's remove 2019.  I believe you said DOD,

21   that was your assumption.  I think if you just do DOD,

22   it'll show up.  So, for our filters here -- can you go

23   to the top, please?  For the filters, we have, Kudu

24   Dynamics, fiscal year 2020 through 2024, and Department

25   of Defense, is that correct?

Page 67

1    A.      Correct.

2    Q.      So, we have 25 contracts, is that correct?

3    A.      That's what it says there, yes.

4    Q.      Okay.  Which is -- I think you had 26, 25, you

5    were close.  I want to ask you about these contracts

6    right now.

7    A.      Okay.

8    Q.      These were all contracts with HNCO?

9    A.      Not necessarily, no.

10   Q.      Okay.  How many of these contracts were with

11   HNCO?

12   A.      So, we can refine these.

13   Q.      All right.

14   A.      For example, awarding agency or fending agency.

15   It takes a bit of digging.  We're not going to be able

16   to do this just right off the bat here.  I think what's

17   important to note here is this also only considers prime

18   contract award.

19   Q.      Okay.

20   A.      If they're a subcontractor, you're not going to

21   see those.  So, there's Department of Defense.  So,

22   there's research and development type of contract.  This

23   appears to be a DARPA contract, as an example.

24   Q.      So, let's start with the first one, let's go

25   back.

1    A.      Okay.

2            MS. SEEMAN:  If you just click on the other tab

3    up top.

4            MR. WAREHAM:  The third tab from the top.

5    BY MR. GONZALEZ:

6    Q.      So, the third one down, that contract with was

7    DARPA, right?

8    A.      Correct.

9    Q.      So, that's not HNCO, correct?

10   A.      That's not HNCO.

11   Q.      So, this is the first one?

12   A.      Based on public information, that is not HNCO.

13   Q.      So, this is the first one, correct?

14   A.      This is the first one.

15   Q.      Who is this contract with?  Could you go down a

16   little bit to the bottom of the page?  No, the one you

17   just -- right.  So, can you go to the bottom of the

18   page?  Where it says, agency details, can you open that

19   tab?

20   A.      Sure.

21   Q.      Where it says, awarding office, do you see that?

22   A.      Yes.

23   Q.      That says A-F --

24   A.      A-F-R-L.

25   Q.      -- R-L.  And then --

1    A.       Air Force research laboratory.

2    Q.       And it says, funding subagency, what does that

3    say?

4    A.       Department of Defense.

5    Q.       Funding subagency?

6    A.       Subagency, Defense Advance Research Projects

7    Agency, that's DARPA.

8    Q.       Okay.  So, this contract was funded by DARPA?

9    A.       Yes, based on publically available information.

10   Q.       Let's go look at the second contract now.  Could

11   you go to the bottom of the page and look at the funding

12   information again?

13   A.       DARPA.

14   Q.       DARPA funded this one as well, correct?

15   A.       Correct.

16   Q.       So, these are the three highest contract values

17   within your search for Kudu, is that correct?

18   A.       Yes.

19   Q.       And all three of these contracts are funded by

20   DARPA, is that correct?

21   A.       According to public information, yes.

22   Q.       These three contracts, can you tell from this

23   information whether they are defensive cyber or

24   offensive cyber?

25   A.       Yes, you can drill down into the details of

1    these contracts to gain more insight into specifically

2    what the contract is and then you can compare that to

3    sam.gov.  Sam.gov is where contracts are -- or RFP are

4    released or a BAA is released.  DARPA releases a BAA,

5    broad agency announcement.  And after doing additional

6    research on the broad agency announcement, you can find

7    additional information on who the partner agencies are,

8    as well as the specifics of the contract, the contract

9    details.

10         So, whether or not that contract is strictly a

11   cyber contract or an AI contract or a CyberAI contract,

12   then specifically what sort of details within the

13   CyberAI contract -- or specifically what sort of details

14   for CyberAI.

15   Q.    Is there any information in what we've looked at

16   right now on USA Spending that would tell you whether it

17   was cyber defensive or cyber offensive?

18   A.    No, you have to do more research.

19   Q.    Okay.  So, none of that information on

20   USA Spending tells you whether it's defensive or

21   offensive, is that correct?

22   A.    That's correct.

23   Q.    Is it your representation here today that all 77

24   of the contracts you've identified are offensive cyber

25   contracts?

1    A.    No.

2    Q.    Approximately, how many are offensive cyber

3    contracts of the 77?

4    A.    I don't recall.  As I said earlier, in some

5    sense, anything that's being done in cyber is often

6    offensive as well as defensive.

7    Q.    Were those three contracts included in your

8    analysis?

9    A.    I don't recall.

10    Q.    Okay.  Do you know what contracts you included

11    in your analysis?

12    A.    I included whatever contracts were available

13    within that window.

14    Q.    So, you don't have a document memorializing what

15    documents you included in your analysis, is that

16    correct?

17    A.    I do not have a document of that nature, no.

18    Q.    Okay.  So, we looked at three contracts.  Those

19    three contracts were with DARPA, correct?

20    A.    Correct.

21    Q.    Earlier, I asked you if most of the contracts

22    were with HNCO of the 77, I believe your answer was yes?

23    A.    To the best of my knowledge.

24    Q.    Is your answer still yes?

25    A.    To the best of my knowledge.

Page 82

1    Q.      Okay.

2    A.      I'll trust you.

3    Q.      That's Air Force Life Cycle Management, right?

4    A.      If it says LCMC, that is Life Cycle Management.

5    Q.      It says, yes, AFLCMC?

6    A.      So, Air Force Life Cycle Management, yes --

7    well, rather, Air Force Life Cycle Management Center,

8    that is the last C.

9    Q.      Of the 77 contracts that you relied on in your

10   expert report, how many of them say Air Force Life Cycle

11   Management for awarding office and funding office?

12   A.      I don't recall.

13   Q.      So, at least some of them do not?

14   A.      That's possible, yes.

15   Q.      What, if anything, can you tell me about the

16   company Death Logics, LLC?

17   A.      What do you want to know?

18   Q.      I don't want to get into information that makes

19   you uncomfortable, so just a general overview of the

20   company that you can provide.

21   A.      It's a small company located in San Antonio.

22   They primarily do work for the U.S. government,

23   predominately contracts within the DOD.  I know that

24   they worked on several contracts within Air Force Life

25   Cycle Management, specifically HNCO.

1          (Lunch recess was taken.)

2     BY MR. GONZALEZ:

3     Q.     Let's take a look at your expert disclosure, I

4     think that is Exhibit Number 2.  Page 3 of 4, second

5     paragraph down from the top, looking at the concluding

6     sentence, could you read that into the record?

7     A.     Sure.  Dr. Roe's opinion is that he has suffered

8     damages in the range between 5 million for the loss of

9     just the last contract, as well as forecasted damages of

10    approximately $28.5 million per year.

11    Q.     Okay.  That 28.5 is the same number that's in

12    your expert report, correct?

13    A.     That's correct.

14    Q.     So, the case study analysis is how you arrived

15    at the 28.5 number in estimated damages, correct?

16    A.     Correct.

17    Q.     So, your forecasted damages is the average value

18    of contracts per year for the five companies that you

19    selected?

20    A.     Correct.

21    Q.     Okay.  Am I correct that your forecast damages

22    is based in part on contracts that were not with HNCO?

23    A.     Correct.

24    Q.     Am I correct that your forecasted damages is

25    based on contracts that are listed for defensive cyber

1    operations?

2    A.      It would include both offensive and defensive,

3    predominately offensive cyber.

4    Q.      Okay.  So, my question was a little different

5    but that is a caveat which is important.  So, your

6    forecasted damages, though, are based in part on

7    contracts that were for defensive cyber operations, is

8    that right?

9    A.      Yes, but with that caveat we said earlier, I

10   stated earlier, that any defensive work requires

11   offensive work.  My speciality here is offensive cyber.

12   Q.      I'm asking, though, what the contract was listed

13   as, for defensive cyber operations, right?  You're

14   telling me what's actually entailed, there's a

15   difference, right?

16   A.      There is.

17   Q.      And some of the contracts that were involved in

18   your damages forecast were identified or listed for

19   defensive cyber operations, correct?

20   A.      Yes, but it's my subject matter expertise that

21   helps me understand that these contracts, while they

22   might state something that is strictly defensive, I know

23   differently as a subject matter expert that these

24   actually include offensive work, specifically the type

25   of offensive work that I do.

1    expert report that you would have bid on contracts and

2    lost them?

3    A.      I would not assume to bid on contracts and lose

4    them.

5    Q.      Okay.

6    A.      I'm one of the best in this field.

7    Q.      So, your assumption is given that you are one of

8    the best, if you had bid on a contract, you probably

9    would have won it?

10   A.      Yes.

11   Q.      So, that goes back to my original question, your

12   assumption in this expert report is that if you had bid

13   on a contract, you would have won it.

14   A.      Yes.

15   Q.      Okay.  Of the 77 contracts in this expert

16   report, how many did you bid on?

17   A.      Zero.

18   Q.      And is the reason you didn't bid on them because

19   of the action on the Defendants?

20   A.      Yes, I was told in advance I would not be

21   competitive on any CyberAI projects in this domain.  But

22   that goes outside this analysis.

23   Q.      So, if it's between you and Kudu for a contract,

24   you're going to win 100 percent of the time?

25   A.      I can't state conclusively, no.

1    at the National Security Agency.

2    BY MR. GONZALEZ:

3    Q.    What do you mean, "you defined the field at the

4    NSA"?

5    A.    I'm considered the godfather of CyberAI at NSA.

6    Q.    How many employees does Kudu have?

7    A.    Currently, I don't know.  I think I listed the

8    number of employees at the time of this report, 112.

9    Q.    Okay.  When you had your consultancy, did you

10   have any employees working under you?

11   A.    No.

12   Q.    For your LLC, did you ever hire any employees to

13   work under you?

14   A.    No.

15   Q.    But your assumption is that you would have been

16   able to compete with Kudu, regardless of the difference

17   in size?

18   A.    Absolutely, the contract value has nothing to do

19   with the size or capability of the AI.  I can scale all

20   of my AI with GPUs.  I don't need employees.

21   Q.    So, I think on average for the five companies

22   that you selected, there were like 84 employees on

23   average, right?

24   A.    Okay.

25   Q.    Your testimony here is that you could compete

1     with a company at scale that has 84 employees?

2     A.      Head-to-head every time.  My work scales with

3     GPUs.

4     Q.      What's that mean, "your work scales with GPUs"?

5     A.      Meaning, I can accomplish more in the same

6     amount of time as people.  I don't have to scale with

7     people.  I can scale with compute.  That's often why my

8     work is more innovative than several of these other

9     companies.  That's why I've helped several of these

10    company innovate in this space.

11    Q.      Would the fact that you're just one person

12    exclude you from bidding on any of the 77 contracts?

13    A.      No.

14    Q.      Did any of the 77 contracts necessarily require

15    more than one person working on them?

16    A.      Not necessarily, no.

17    Q.      What do you mean, "not necessarily"?

18    A.      Contracts don't necessarily define the number of

19    people that are necessary.  They define the technology

20    that's required.

21    Q.      Okay.

22    A.      They might describe roles and responsibilities

23    but that could be done by one person.

24    Q.      And you looked up the contract requirements for

25    each of these 77 contracts?

1    A.      Not all 77.

2    Q.      Not all 77?

3    A.      I'm very familiar with many contracts, I've

4    worked on hundreds.

5    Q.      Okay.

6    A.      So, it's based on my expert opinion.

7    Q.      When you say "you've worked on hundreds of

8    contracts", are these DOD contracts?

9    A.      Yes, over my career, yes, these are all DOD

10   contracts.

11   Q.      And some of them are in CyberAI?

12   A.      Yes, many.

13   Q.      Approximately how many are in CyberAI?

14   A.      I don't recall.

15   Q.      Can you give me an estimate?

16   A.      50 or 60, more, maybe.

17   Q.      So, you've worked on 50 or 60 CyberAI contracts

18   in the course of your career?

19   A.      Sorry.  50 or 60 contracts associated with

20   cyber.  Specifically CyberAI, maybe dozens.

21   Q.      Dozens.

22   A.      And I've reviewed dozens more, hundreds more.

23   My role at Leidos, I was required to look at hundreds of

24   contracts.

25   Q.      Did you consider for your case studies using any

1    A.       For this time period doing specifically what I

2    was doing?  They're not doing exactly the same thing.

3    This market analysis was very specific to what was being

4    done at HNCO at which the time I was doing my work.

5    It's a very specific niche or small area of CyberAI work

6    that includes offensive -- predominately offensive work,

7    specifically at TS/SCI level and, specifically,

8    compartmented level.

9    Q.       So, you identified these companies not just

10   because they do offensive cyber work, but because they

11   do a specific kind of CyberAI work, is that correct?

12   A.       Correct, that's a fair market analysis.  It

13   would be unfair otherwise.

14   Q.       But there are other companies beyond these five

15   that do CyberAI work in general, like Leidos?

16   A.       There are other companies that do cyber work in

17   general.  There are thousands.

18   Q.       But offensive CyberAI work in general?

19   A.       No.

20   Q.       These are the only five?

21   A.       There are other companies that do offensive

22   cyber work.  There are other companies that purport to

23   do offensive CyberAI work.  But within the TS/SCI

24   specifically compartmented levels, these are the five

25   that do that for the Air Force.  That was the

1    A.      As a consultant, no.  As an individual helping

2    another company, yes.

3    Q.      Tell me about that circumstance, please.

4    A.      I helped write and do the numerical analysis for

5    several contracts that were awarded to StarNav.

6    Q.      So, StarNav was the one that applied for those

7    contracts, correct?

8    A.      That's correct.  I was recruited as a technical

9    expert.

10   Q.      How many employees does StarNav have?

11   A.      Maybe 10.

12   Q.      I just want to make sure I understand that.  As

13   either ███████ LLC, as a consultant or just you

14   personal, you have never bid on a prime contract,

15   correct?

16   A.      I have never bid on a prime correct.  I've been

17   recruited to work on contracts.

18   Q.      Got it.

19   A.      In the case of the work that I did for HNCO, I

20   was recruited because my subject matter expertise, at

21   the time, I was the only person that could do this work

22   in the U.S. government at the TS/SCI level, specifically

23   in the compartmented level.

24   Q.      I'm aware.  I've done my research.  I'm just

25   asking about the bid, though?

1    BY MR. GONZALEZ:

2    Q.     I'm sorry, what was your answer?

3    A.     I did it as an average over five years.

4    Q.     What was your approximate income in 2019 from

5    all sources?

6    A.     Is that relevant?

7    Q.     Do you not think it's relevant?

8    A.     I don't think it's relevant.

9    Q.     What was your approximate income for 2020 from

10   all sources?

11   A.     I don't think that's relevant to this analysis.

12          MR. WAREHAM:  There's no objection.  You need to

13   answer the question, if you know.

14          THE WITNESS:  Okay.

15   BY MR. GONZALEZ:

16   Q.     What was your approximate income in 2022 from

17   all sources?

18   A.     Approximate income at that time was about

19   300,000.

20   Q.     Let me ask you this, why don't you think it's

21   relevant what your income was in 2019?

22   A.     Relevance of income relative to a market

23   analysis, there's no relation.

24   Q.     You're also forecasting your anticipated earning

25   in this expert report, is that correct?

1    A.      That's correct.

2    Q.      Do you not think that it is important to know

3    what someone made in order to forecast what they could

4    have made?

5    A.      No.

6    Q.      Okay.

7    A.      Because what that person could have made based

8    on the contracts that are available during that time has

9    nothing to do with how much they make.

10   Q.      Okay.

11   A.      You, for example, could be a billionaire

12   expecting to make 28 thousand or 28 billion each year.

13   Has nothing to do with how much you make.  It's the

14   expected contracts that are available.

15   Q.      Have you ever before calculated -- let me ask

16   you this, I asked you earlier if you know what a

17   vocational expert was?

18   A.      Yes.

19   Q.      Have you ever done any vocational expert work?

20   A.      Could you redefine vocational expert?

21   Q.      Earnings loss, have you ever performed any

22   expert work in the category of earnings loss?

23   A.      Absolutely.

24   Q.      Okay.  Tell me about that.

25   A.      I've worked on several analyses where earnings

Page 108

1      were lost and -- I mean, this is a simple data science

2      problem that a lot of data scientists will do.  I've

3      done data science for many years.  You look at available

4      data on a variety of different websites, whether

5      government websites or internal data, and analyze the

6      potential for contract wins, what would be called a

7      probability of win, or P-win, against losses.

8              Probably of loss, or P-loss.  Assess the

9      differences and then figure out what led to those wins

10     or losses to maybe reinforce certain techniques that a

11     company might use to either improve these techniques or

12     change their techniques to improve a safety win.  In

13     both cases, you're going to look at P-win versus P-loss.

14     Q.      Did you perform that P-win/P-loss analysis in

15     this expert report?

16     A.      Certainly those techniques were included in

17     this.  I have a background in data science and I'm going

18     to use those techniques for this analysis.

19     Q.      I didn't ask if you would.  Did you?

20     A.      Absolutely.

21     Q.      And how many losses did you calculate in this

22     expert report?

23     A.      I don't recall.

24     Q.      Okay.

25     A.      This report was strictly about contract wins.

1    Q.      Okay.

2    A.      And specifically contract wins that were

3    publically available information on usaspending.gov and

4    specifically filtered to agency or HNCO work.

5    Q.      So, let me ask you, why did you deviate from the

6    P-wins verse P-losses methodology when doing this expert

7    report?

8    A.      It wasn't relevant.

9    Q.      Why?

10   A.      The analysis here is to determine what the

11   damages were.  In order to determine damages, you need

12   to figure out how many wins you could have had to assess

13   damages.  Damages doesn't include losses, that's a

14   double negative.

15   Q.      Okay.  What's the process of entering into a

16   subcontract with someone that holds a prime contract?

17   A.      It varies by the contract, to be honest.

18   Q.      Is there a bidding process?

19   A.      Entering into a subcontract, again, it depends

20   on the contracts.  Sometimes you align a subcontractor

21   with a prime contractor based on a relationship or prior

22   existing relationship or based on the desire of the

23   awarding agency's needs or requests or demands, it

24   varies.  Not a simple answer, I apologize.

25   Q.      Do you know what the concept of an error rate

Page 110

1    is?

2    A.      Yes.

3    Q.      Does this expert report incorporate any type of

4    error rate, for example, whether you wouldn't be able to

5    enter into a contract?

6    A.      It's for a market analysis.  I'm not going to

7    include an error rate.

8    Q.      Do you know what the Federal Acquisition

9    Regulation guidelines are?

10   A.      The FAR?

11   Q.      Yes.

12   A.      I'm familiar with it.

13   Q.      Do you know what the DFAR is?

14   A.      It's the defense version of this, I believe.

15   Q.      Exactly.  Are there any requirements for a prime

16   contractor under the FAR in the CyberAI space?

17   A.      I don't know.

18   Q.      Does a cyber contract -- I'm sorry.  Does a

19   prime contractor in the CyberAI space need security

20   personnel?

21   A.      I'm sorry, say that question again.

22   Q.      Sure.  Does a prime contractor in the CyberAI

23   space need security personnel in order to enter into a

24   contract with the Department of Defense?

25   A.      Does a prime contractor --

1    of it is a complete analysis.  Usually, you're combining

2    one data set with another data set, it's called data

3    enrichment, to give a more holistic picture of what that

4    data represents.

5    Q.    Have you ever worked as a data scientist?

6    A.    Absolutely.

7    Q.    Can you describe that?

8    A.    I was the chief data scientist at NSA.  In that

9    role, I did a variety of things.  Analyzing a variety of

10   different types of data.  Things as mundane as growth

11   and decay of plant life to markets, typically foreign

12   markets, because that's kind of the domain of NSA.

13   Cyber attacks, I mentioned a lot of this earlier, or

14   intrusion detection.  Analysis of people, maybe like

15   riots or density of people within a certain domain using

16   certain types of, what is called, signets, or signals

17   intelligence, to analyze the density of people in a

18   certain area.  Providing assessments of potential

19   threats based on data that was available, et cetera.

20   Q.    Given your --

21   A.    The national policy was actually written as a

22   result of all these assessments.

23   Q.    Given your work as a data scientist, how hard is

24   a market analysis for you?

25   A.    It's easy, trivial.

1    Q.       Can you go into details around your statement

2    that you don't need more people, you just need more

3    GPUs, or words to that effect?

4    A.       Sure.  Yes, with proper application of AI,

5    especially today, you do not need more people to perform

6    jobs.  Most jobs today can be performed by, what are

7    called, AI agents.  Agentic AI is actually something

8    that actually I proposed in 2019 for one of these

9    contracts.  It wasn't labeled as agentic AI, like it is

10   today, but we did label them as AI agents on a

11   particular contract, without going into classified

12   details.

13        So, I was already operating with the assumption

14   that I could enable further -- I guess you could call it

15   AI workers -- to automate work that often other people

16   would do.  So, that is to say that you could use one AI

17   agent to do, for example, write code.  Another agent to

18   do analyzes of that code.  Another agent, still, to do

19   exploitation of that code, and then another agent to

20   write the results of vulnerabilities found in the code.

21        Now, this would be the equivalent of having four

22   or five humans doing this work.  But, instead, you

23   could, effectively, scale the number of agents by just

24   having more GPUs.  Which means, I could use thousands of

25   agents to do the work of thousands of people, if I have

Page 141

1    a GPU cluster large enough to do this work, and I would

2    be the one conducting it.  Sort of like a conductor in

3    an orchestra.

4    Q.      So, based on your background and experience,

5    what is your opinion as to your ability to compete with

6    an 80-person company in this space?

7    A.      On any given contract, I think I can be very

8    competitive just scaling my availability with GPUs and

9    automating much of the work.

10   Q.      Do you know the people at Kudu, like the leaders

11   of Kudu Dynamics?

12   A.      I do.

13   Q.      How does your expertise compare to

14   Kudu Dynamics's leadership?

15   A.      Kudu Dynamic's leadership?

16   Q.      Yes.

17   A.      Most of their leadership is focused or has

18   background in offensive cyber.  They do not have a

19   background in AI.  The way that company often works in

20   order to be able to do AI work, is they've got a couple

21   of folks that they bring in to do their AI work but

22   those are employees or consultants.  They're not

23   leadership.

24   Q.      Same question for Death Logics.

25   A.      Same answer.

1    questions I have.

2              MR. GONZALEZ:  Little bit of follow-up.

3              REDIRECT EXAMINATION BY COUNSEL FOR DEFENDANTS

4    BY MR. GONZALEZ:

5    Q.      You testified that you're, I guess, like a

6    voracious consumer of knowledge?

7    A.      Yes.

8    Q.      At times, you've read multiple textbooks a week?

9    A.      Yes, that's correct.

10   Q.      Can you identify the title of any economics

11   textbooks you have read?

12   A.      There's a reader that was produced in

13   conjunction with some research I was doing with

14   Art Laffer, who's an economist, famous economist.  I

15   can't recall the reader that was affiliated with that

16   but it was, in essence, an assessment of like the

17   American economy.  Art Laffer is well-known.  He's an

18   economist that worked for the Reagan administration.

19   Q.      Can you not recall the title?

20   A.      I can't recall the titles, no.

21   Q.      Have you ever authored a textbook focused on

22   market analysis?

23   A.      Have I ever offered a textbook?

24   Q.      Focused on market analysis.

25   A.      As in, authored a textbook or offered?

Page 148

1    Q.    Authored.

2    A.    Authored, no.

3    Q.    Okay.  Have you ever published an article about

4    market analysis?

5    A.    Publically published an article?

6    Q.    Yes.

7    A.    No.

8    Q.    You have published in journals and scholarly

9    resources, correct?

10   A.    Yes, I have.

11   Q.    Have you published in any journal or scholarly

12   resource an article about market analysis?

13   A.    No, all that was done either private for a

14   company or for the U.S. government on classified

15   information.

16   Q.    What have you published publically in journals

17   or articles about that?

18   A.    Mostly research in CyberAI, navigation systems,

19   aircraft design, guidance and control systems, a variety

20   of applied math, probability theory, data science.  Data

21   science examples in one of the guides that I wrote, I

22   don't know, eight years ago include a variety of

23   different types of analyses, including like an analysis.

24   A number of different things.

25   Q.    Is your market analysis in your expert report