UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. JOHN ROE,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | Civil Action No. 5:22-CV-00869-JKP-HJB |

**[proposed] <u>ORDER</u>**

On this date, the Court considered Defendant's Motion to Exclude Plaintiff's Expert Testimony. The Court finds that the motion should be GRANTED.

It is therefore ORDERED that Plaintiff's expert testimony is excluded and shall not be admitted into evidence in this matter.

It is so ORDERED.

Signed this _____ day of _____, 2025.


_____
THE HONORABLE JASON K. PULLIAM
UNITED STATES DISTRICT JUDGE