UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. JOHN ROE,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | Civil Action No. 5:22-CV-00869-JKP-HJB |

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Under Local Rule CV-7(B), Defendants move for leave to exceed Local Rule CV-7(C)'s 20-page limit when filing their motion for summary judgment. Plaintiff does not oppose this request. Local Rule CV-7(C) specifies a 20-page limit for dispositive motions. Defendants have made concerted efforts to make their brief as concise as possible, however, to provide the necessary background and analysis of the legal elements, their motion exceeds the page limit. Consistent with Local Rule CV-7(B), Defendants attach an executed copy of the proposed motion for summary judgment as Exhibit 1.

Defendants respectfully request that the Court grant this unopposed motion for leave to file excess pages.  A proposed order is attached for the Court's consideration.

Dated: July 2, 2025                                      Respectfully Submitted,

                                                         BRETT A. SHUMATE
                                                         Assistant Attorney General
                                                         Civil Division

                                                         C. SALVATORE D'ALESSIO, JR.
                                                         Director, Torts Branch

REGINALD M. SKINNER
Senior Trial Attorney

*/s/ Joseph A. Gonzalez*
Joseph A. Gonzalez
D.C. Bar No. 995057
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 598-3888
joseph.a.gonzalez@usdoj.gov

*/s/ Katrina M. Seeman*
KATRINA M. SEEMAN
D.C. Bar No. 1671729
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0674
katrina.m.seeman@usdoj.gov

-and-

JUSTIN R. SIMMONS
United States Attorney

*/s/ Robert D. Green*
ROBERT D. GREEN
Texas Bar No. 24087626
Assistant United States Attorney
U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)
robert.green3@usdoj.gov

*Counsel for Defendants*

## W.D. Tex. Civ. R. 7(g) CERTIFICATE OF CONFERENCE

I certify that, on July 1, 2025, counsel for the parties conferred over email and Plaintiff does not opposed to the relief requested in this motion.

*/s/ Katrina M. Seeman*
KATRINA M. SEEMAN
