# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DR. JOHN ROE,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | Civil Action No. 5:22-CV-00869-JKP (HJB) |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to file excess pages. It is hereby **ORDERED** that Defendants' motion is **GRANTED**.

The Clerk of the Court shall docket Defendants' Motion for Summary Judgment and its attachments.

It is so **ORDERED.**

**SIGNED** on July ___, 2025.

_____
Jason K. Pulliam
United States District Judge