# TASK ORDER AWARD

| | |
|---|---|
| 1. **Subcontract Agreement No.:** Consulting Agreement | 2. **Period of Performance:** Start date: 7 Jun 2019 through 5 Sep 2019 |
| 3. **Task Order Number:** EXCALIBUR-JUPITER SENTINEL<br>4. **Place of Performance:** San Antonio, TX | 5. **Prime Contract Number:** FA8750-18-D-0003<br>6. **Rating Under** DO-A7 |
| 7. **Prime Contractor:**<br>Global InfoTek, Inc.<br>1920 Association Drive, Suite 100<br>Reston, VA 20191 | 8. **Subcontractor:**<br>[redacted] Ph.D.<br>[redacted] |
| 9. **Global InfoTek, Inc. Technical POC:**<br>Name: Kenneth Roller<br>Email: kroller@globalinfotek.com<br>Phone: (210) 908-6926<br>Fax: (703) 652-1697<br>10. **Contractual POC:**<br>Name: Poovalai Jayachandran<br>Email: jayachandran@globalinfotek.com<br>Phone: (703) 919-8524<br>Fax: (703) 652-1699 | 11. **Subcontractor Technical POC:**<br>Name: [redacted] Ph.D.<br>Email: [redacted]@gmail.com<br>Phone: [redacted]<br>Fax: N/A<br>12. **Contractual POC:**<br>Name: [redacted] Ph.D.<br>Email: [redacted]@gmail.com<br>Phone: [redacted]<br>Fax: |

| 13. Type of Task Order: | 13. Comments: | 14. Attachments: |
|---|---|---|
| _X_ Firm Fixed Price LOE<br>___ Time and Materials<br>___ Cost Plus Fixed Fee<br>___ Cost Reimbursement<br>___ Other | Work authorizations to be provided in writing by Global InfoTek Technical POC or Contractual POC, as defined in Section 20 Statement of Work herein. | _X_ Statement of Work<br>___ Cost Proposal<br>___ Deliverable Acceptance Terms<br>___ Schedule/Milestones<br>___ Other Resumes |

| 15. ACTION | 16. DATE | 17. TOTAL |
|---|---|---|
| Initial Funding | 6 Jun 19 | AWD CEILING: $56,680 |
| Travel Expense Authorization (required prior to all Travel) | | See Section 25 Travel Authorization herein |
| Total | | |

| 18. Prime Contractor: | 19. Subcontractor: |
|---|---|
| Global InfoTek, Inc.<br>Issued by: Poovalai Jayachandran:A01097C000002B241C00000FEA Digitally signed by Poovalai Jayachandran:A01097C00000169FE2B241C00000FEA Date: 2019.06.14 11:36:49 -04'00'<br>Name: Poovalai Jayachandran<br>Title: Executive Vice President<br>Date: | [redacted] Ph.D.<br>Accepted by: [redacted]<br>Name: [redacted]<br>Title: Consultant<br>Date: 6 Jun 19 |

DEFENDANT'S EXHIBIT 8

EXHIBIT 3
EMT 5/30/25

# Statement of Work

**20. Work Description:**

The prime contractor (Prime) requires the Consultant to support the government customer at the AFLCMC. This work is under ACT II-EXCALIBUR-JUPITER SENTINEL:

The Consultant will provide technical expertise under the direction of GITI Management via the Government Product Owner. The consultant will provide computational and mathematical analysis as directed by GITI Management and the Government Product Owner.

████ is approved to work on this project for the hours indicated in Sections 21 & 22.

The prime contractor requires that the Consultant:
1. Charge only the hours worked in performance/support of the Work Description above, to include contract deliverables authorized in writing by GITI Technical POC or Contractual POC.
2. Work only on Tasks approved by the prime contractor (GITI) Technical POC or Contractual POC.
3. Submit a weekly activity report by COB on Friday to the designated Prime Contractor Technical POC.

# T&M Funding Details

**21. T&M hours**

This task order is based upon the hourly rate provided by the Consultant.
Consultant's hourly rate is $218/hr.
Level of Effort: 20 hours / week for 13 weeks = 260 hours

**22. Funding:**

Funding calculation: 260 hrs at a rate of $218/hr
Award Ceiling:        $56,680.00

**23. Invoicing:**

The Consultant shall create one PDF file with the following in the order shown below:
1. **Monthly Invoice- Please use the attached template for the invoice**
2. If any Travel related cost is included in the Monthly Invoice, then a copy of the written Travel Authorization shall be included.

Email the PDF file to invoice@globalinfotek.com.

The Consultant shall be paid within ten (10) business days after GITI receives payment from the government on any invoice containing Subcontractor costs incurred under this agreement provided that Subcontractor's invoices are acceptable by GITI and the Government.

**24. Staffing:**

████ Ph.D. is approved to work.

**25. Travel Authorization:**

The Consultant must submit travel estimate to the GITI Program Manager for approval prior to travel. GITI Program Manager will coordinate with the government and get Government approval. Travel funding represents a Not-to-Exceed amount, and may not be re-allocated to labor costs or other ODCs. Travel Expenses can be billed to Global InfoTek, Inc. in addition to existing funding. A copy of the written approvals for each trip will need to be included with the invoices to GITI.

## TASK ORDER AWARD

| 1. Subcontract Agreement No.:<br>Consulting Agreement | 2. Period of Performance:<br>Start date: 1 October 2019 through 31 Dec 2019 |
|---|---|
| 3. Task Order Number: EXCALIBUR-JUPITER SENTINEL – Task Order 2<br>4. Place of Performance: San Antonio, TX | 5. Prime Contract Number: FA8750-18-D-0003<br>6. Rating Under DO-A7 |
| 7. Prime Contractor:<br>Global InfoTek, Inc.<br>1920 Association Drive, Suite 100<br>Reston, VA 20191 | 8. Subcontractor:<br>Name: ▓▓▓▓▓▓▓ Ph.D.<br>Address: ▓▓▓▓▓▓▓ |
| 9. Global InfoTek, Inc. Technical POC:<br>Name: Kenneth Roller<br>Email: kroller@globalinfotek.com<br>Phone: (210) 908-6926<br>Fax: (703) 652-1697 | 11. Subcontractor Technical POC:<br>Name: ▓▓▓▓<br>Email: ▓▓▓▓@gmail.com<br>Phone: ▓▓▓▓<br>Fax: N/A |
| 10. Contractual POC:<br>Name: Poovalai Jayachandran<br>Email: jayachandran@globalinfotek.com<br>Phone: (703) 919-8524<br>Fax: (703) 652-1699 | 12. Contractual POC:<br>Name: ▓▓▓▓<br>Email: ▓▓▓▓@gmail.com<br>Phone: ▓▓▓▓<br>Fax: |
| 13. Type of Task Order:<br>  X  Firm Fixed Price LOE<br>___ Time and Materials<br>___ Cost Plus Fixed Fee<br>___ Cost Reimbursement<br>___ Other | 13. Comments:<br>Work authorizations to be provided in writing by Global InfoTek Technical POC or Contractual POC, as defined in Section 20 Statement of Work herein. | 14. Attachments:<br>  X  Statement of Work<br>___ Cost Proposal<br>___ Deliverable Acceptance Terms<br>___ Schedule/Milestones<br>___ Other Resumes |
| 15. ACTION | 16. DATE | 17. TOTAL |
| Initial Funding | 1 Oct 19 | AWD CEILING: $85,020 (Not to Exceed) |
| Travel Expense Authorization (required prior to all Travel) | | See Section 25 Travel Authorization herein |
| Total | | |
| 18. Prime Contractor:<br>Global InfoTek, Inc.<br>Issued by: Poovalai Jayachandran:A01097C000001 69FE2B241C0 0000FEA<br>(Digitally signed by Poovalai Jayachandran:A01097C0000 0169FE2B241C00000FEA Date: 2019.10.07 13:42:07 -04'00')<br>Name: Poovalai Jayachandran<br>Title: Executive Vice President<br>Date: | 19. Subcontractor:<br>Paul F. Roysdon, Ph.D.<br>Accepted by: ▓▓▓▓<br>Name: ▓▓▓▓ Ph.D.<br>Title: Consultant<br>Date: 1 Oct 19 |

EXHIBIT 4
EMT 5/30/25

## Statement of Work

### 20. Work Description:

The prime contractor (Prime) requires the Consultant to support the government customer at the AFLCMC. This work is under ACT II-EXCALIBUR-JUPITER SENTINEL:

The Consultant will provide technical expertise under the direction of GITI Management via the Government Product Owner. The consultant will provide computational and mathematical analysis as directed by GITI Management and the Government Product Owner.

▓▓▓▓▓▓▓▓ is approved to work on this project for the hours indicated in Sections 21 & 22.

The prime contractor requires that the Consultant:
1. Charge only the hours worked in performance/support of the Work Description above, to include contract deliverables authorized in writing by GITI Technical POC or Contractual POC.
2. Work only on Tasks approved by the prime contractor (GITI) Technical POC or Contractual POC.
3. Submit a weekly activity report by COB on Friday to the designated Prime Contractor Technical POC.

### T&M Funding Details

### 21. T&M hours

This task order is based upon the hourly rate provided by the Consultant.
Consultant's hourly rate is $218/hr.
Level of Effort: 30 hours / week for 13 weeks = 390 hours (Not to Exceed)

### 22. Funding:

Funding calculation: 390 hrs at a rate of $218/hr
Award Ceiling: **$85,020.00**

### 23. Invoicing:

The Consultant shall create one PDF file with the following in the order shown below:
1. **Monthly Invoice- Please include the following in the invoice – Hours worked during the month, hourly rate, cost for the period and cumulative cost.**
2. If any Travel related cost is included in the Monthly Invoice, then a copy of the written Travel Authorization shall be included.

Email the PDF file to invoice@globalinfotek.com.

The Consultant shall be paid within ten (10) business days after GITI receives payment from the government on any invoice containing Subcontractor costs incurred under this agreement provided that Subcontractor's invoices are acceptable by GITI and the Government.

### 24. Staffing:
▓▓▓▓▓▓▓▓ Ph.D. is approved to work.

### 25. Travel Authorization:

The Consultant must submit travel estimate to the GITI Program Manager for approval prior to travel. GITI Program Manager will coordinate with the government and get Government approval. Travel funding represents a Not-to-Exceed amount, and may not be re-allocated to labor costs or other ODCs. Travel Expenses can be billed to Global InfoTek, Inc. in addition to existing funding. A copy of the written approvals for each trip will need to be included with the invoices to GITI.