**Message**

**From:** ▮ ▮
**Sent:** 2/28/2020 10:12:21 PM
**To:** Theodore Oakley [toakley@globalinfotek.com]; William "Marty" Joyce [wjoyce@globalinfotek.com]
**Subject:** Monthly Report
**Attachments:** ▮ Monthly Update 20200228.docx

Sir,

Please see attached.

Expense report for this week will follow shortly. Expense report for LA was already submitted. Invoice for hours will be in a separate email.

Very Respectfully,
▮ ▮ Ph.D.

**DEFENDANT'S EXHIBIT 10**

CONFIDENTIAL TREATMENT REQUESTED BY GLOBAL INFOTEK, INC
GITI00000361

UNCLASSIFIED

Excalibur-Jupiter Sentinel, February, 2020, Monthly Status Report

1. **(U) PURPOSE AND PROJECT OBJECTIVES**

This information is classified. Please refer to contract for more information.

2. **(U) APPROACH**

Provide advanced mathematics and software guidance to achieve strategic advantage.

3. **(U) ACCOMPLISHMENTS FOR THIS MONTH**
   - Applied Math Research.
     - Initial theoretical prototype.
     - Continued evaluation of Adversarial Machine Learning papers.
     - Continued evaluation of Cloud AV papers.
     - Continued technical note "Enhanced Network Security Through Layered Protection"
   - Tech Lead support:
     - Presented initial project results at February 11th PMR in Los Angeles, CA.
       - Travel expense report submitted.
     - Supported February 25th [redacted] project status review in San Antonio, TX.
     - Supported February 26th [redacted] and [redacted] demos for Pentagon officials. Meeting held in San Antonio, TX.
       - Travel expense report submitted.
     - Supported February 28th joint meeting with Sandia and other government partner in Laurel, MD.

4. **(U) PLANS FOR NEXT MONTH**
   - Tech Lead support to Air Force SPO for February meetings in TX.
   - Continue applied math research in Adversarial Machine Learning.

5. **RISKS/CHALLENGES**

None.

Page **1** of **1**

UNCLASSIFIED

| | |
|---|---|
| From: | Theodore M. Oakley [toakley@us.globalinfotek.com] |
| Sent: | 8/28/2020 1:48:22 PM |
| To: | MCVEIGH, WILLIAM M Capt USAF AFMC AFLCMC/HNCO [william.mcveigh.1@us.af.mil] |
| Subject: | [Non-DoD Source] Fw: PMR info |
| Attachments: | PMR ▓▓▓▓▓▓▓▓.docx |

Capt McVeigh,

As requested.

Regards,
Ted Oakley

Theodore M. Oakley, Contractor
Sr. Cyber Operations Program Manager
Global InfoTek, Inc.
110 E. Houston St., 7th Fl
San Antonio, TX 78205
PH: 210-557-5513



**Speed | Agility | Innovation**

**Global InfoTek, Inc. (GITI) PROPRIETARY DATA NOTICE** - This electronic message and any files transmitted with it contain confidential and proprietary information, and are intended for use only by the person(s) to whom it is addressed. Any use, distribution, copying or disclosure to any other person is strictly prohibited. If you have received this message in error, please notify the e-mail sender immediately, and delete the original message without making a copy.

**NON-DIRECTION DISCLAIMER:** This e-mail shall not be construed as directive or obligative of the US Government. Only a Procurement Contracting Officer can provide direction and/or obligate the Government.

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, August 20, 2020 7:50 PM
**To:** Theodore M. Oakley <toakley@us.globalinfotek.com>
**Subject:** PMR info

Ted,

Attached is the PMR info that you requested. Please let me know if this will be sufficient.

Very Respectfully,
▓▓▓ ▓▓▓▓▓▓▓▓, Ph.D.

Topic: GiTi/ AF PMR

Period of performance: August 2019-August 2020

Summary of work performed:

- Performed research on machine learning (ML) and adversarial machine learning (AML) to enhance security of cyber-physical systems, protecting them from malicious behavior.
- Provided several numerical (matlab and python) prototypes applying ML to exemplar problems. These tools are designed to be "lite-weight", enabling them to run on real-time systems with minimal compute resources.
    - ILP Lite is a lite-weight toolbox to solve a scheduling and traffic analysis problem using integer linear programming.
    - ENS Lite solves the network security problem through layered protection using advanced cascaded ML techniques to evaluate suspicious behavior.
    - MAI Lite solves the game-theory problem using multi-agent interaction.
- Presented results to the AF customer at several milestone program reviews.
- Documented software development and research results on private GitHub repos:
    - https://github.com/AidedNav/network_security
    - https://github.com/AidedNav/ilpLite
    - https://github.com/AidedNav/network_flow