**Marking:** CUI

**Date:** 8/24/20 2:12 PM

**From:** McVeigh, William M <MIL>, Defense Technology Integration Program Office

**To:** Burghard, Joseph Daniel <CIV>, SAF/AQLQ

**Cc:** Crunk, Michael David <CIV>, AFOSI PJ DET 7; Beall, Allen Ting <UNK>; Bohenek, Brian J <MIL>, SAF/AQL; Bridges, William P <CTR>, SAF/AQLQ; Rabayda, Allen C <CTR>, SAF/AQLQ; Ivey, Angela M <CIV>, SAF/SQ; Uptain, Christine Laning <UNK>

**Subject:** MFR for Dr. [redacted] Please

Sir,

1. I'm not entirely sure when he became a contractor without asking him. However, the legal email appears to have been around Apr 2019. I forwarded you and Allen a copy on JWICS. Talking with Ted Oakley, the GITI PM, Dr. [redacted] has been on contract since at least Jun/Jul 19. I became aware of this roughly 2-3 weeks ago when your team asked me about the $300k SETA funding. I asked Dan Brown what it supported to verify it supported [redacted] projects. At that time, I learned from Dan that Dr. Royson was providing contractor support. I didn't think much of it until I looked him up in Jade last Wednesday after the PMR.
2. Dan likely informally directed GITI that he would like them to subcontract Dr. [redacted] to support the program. From, there it would've been a funding mod to GITI Excalibur/Mercury contract.
a. Now that I think about it [redacted] and [redacted] did not have a SAP DD254 either until we realigned the FY20 [redacted] funding to an internal contract: [redacted] and next year on [redacted]. There's only one contractor on the GITI contract with a SAP DD254 and he works on Spectral Raptor.

For your awareness, Lt Col Ekholm directed me to do a complete inventory on the payloads DD254s, projects and classifications to see if there's any more issues out there.

Let me know if you have other questions.

-Will

William McVeigh, Capt, USAF
AFLCMC/HNCO



**Marking:** U//FOUO

DEFENDANT'S
EXHIBIT
11

**Date:** 8/24/20 11:06 AM

**From:** Burghard, Joseph D <CIV>, SAF/AQLC

**To:** McVeigh, William M <MIL>, AFLCMC/HNCO

**Cc:** Crunk, Michael D <CIV>, AFOSI PJ DET 8; Beall, Allen Ting <CIV>, AFOSI PJ DET 8/OL-B; Bohenek, Brian J <MIL>, SAF/AQLC; Bridges, William P <CTR>, SAF/AQLC; Rabayda, Allen C <CTR>, SAF/AQLC; Ivey, Angela M <CIV>, AFOSI PJ HQ; Uptain, Christine Lanin <CTR>, SAF/AQLC

**Subject:** MFR for Dr. ▓▓▓▓ Please

Will,

Thank you very much for putting this MFR together. After reading it, a couple questions come to mind.

- When in FY19 did Dr. ▓▓▓▓ become a contractor? Any chance you could narrow it down to which month in FY19? Also, when did you guys become aware that he was in a contractor status supporting our projects?
- Who awarded the contract without a DD254 knowing the work would support program level projects?

Thank you,

V/R
Danny Burghard

Program Element Monitor & Deputy Division Chief

Advanced Cyberspace Systems Division, SAF/AQLC

**Marking:** U//FOUO

**Date:** 8/24/20 9:21 AM

**From:** McVeigh, William M <MIL>, AFLCMC/HNCO

**To:** Burghard, Joseph D <CIV>, SAF/AQLC

**Cc:** Crunk, Michael D <CIV>, AFOSI PJ DET 8; Beall, Allen Ting <CIV>, AFOSI PJ DET 8/OL-B; Bohenek, Brian J <MIL>, SAF/AQLC; Bridges, William P <CTR>, SAF/AQLC; Rabayda, Allen C <CTR>, SAF/AQLC; Ivey, Angela M <CIV>, AFOSI PJ HQ; Uptain, Christine Lanin <CTR>, SAF/AQLC

**Subject:** MFR for Dr. ▮▮▮ Please

Sir,

Attached is the latest MFR. We found out some additional information.

Dr. ▮▮▮ will be leaving NSA within the next two weeks and looking at the email from his legal team, we believe that there is likely at a minimum conflict of interest.

Let me know if you have any questions or need us to research anything else.

-Will

William McVeigh, Capt, USAF
AFLCMC/HNCO



---

**Marking:** U//FOUO

**Date:** 8/19/20 12:21 PM

**From:** Burghard, Joseph D <CIV>, SAF/AQLC

**To:** McVeigh, William M <MIL>, AFLCMC/HNCO

**Cc:** Crunk, Michael D <CIV>, AFOSI PJ DET 8; Beall, Allen Ting <CIV>, AFOSI PJ DET 8/OL-B; Bohenek, Brian J <MIL>, SAF/AQLC; Bridges, William P <CTR>, SAF/AQLC;

Rabayda, Allen C <CTR>, SAF/AQLC; Ivey, Angela M <CIV>, AFOSI PJ HQ; Uptain, Christine Lanin <CTR>, SAF/AQLC

**Subject:** MFR for Dr. ▇▇▇ Please

Will,

Thank you for notifying us about Dr. ▇▇▇ possible conflict of interest situation. Since this was a first heard for all of us and since we'll likely need to find out more information, could you please draft up a quick MFR to document what we know now about his contractor v.s. NSA government civilian status and how that relates to work he supports in the portfolio? Please also cc all those on distro when you get a chance to send it out.

Thank you again for bringing this to our attention,

V/R
Danny Burghard

Program Element Monitor & Deputy Division Chief

Advanced Cyberspace Systems Division, SAF/AQLC