| | |
|---|---|
| **From:** | MCVEIGH, WILLIAM M Capt USAF AFMC AFLCMC/HNCO [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3A8E2838CD0C414A98AF11275B8C4A18-MCVEIGH.WIL] |
| **Sent:** | 8/19/2020 5:21:05 PM |
| **To:** | BROWN, DANIEL D GG-13 USAF AFMC AFLCMC/HNCYD ▓▓▓▓▓▓▓▓ |
| **CC:** | GAGLIO, JAMES T Capt USAF AFMC AFLCMC/HNCO ▓▓▓▓▓▓; GUERRERO, JULIO GG-13 USAF AFMC AFLCMC/HNCO ▓▓▓▓▓▓; PERRY, MICHAEL J GG-14 USAF AFMC AFLCMC/HNCO ▓▓▓▓▓▓ |
| **Subject:** | Dr. ▓▓▓▓ MFR |
| **Attachments:** | smime.p7s |
| **Importance:** | High |

Dan,

By COB tomorrow, please provide a signed MFR on SIC stating what role Dr. ▓▓▓▓ is doing in his Government and contractor tech SME roles and how he is avoiding a conflict of interest.

Additionally, please provide your plan on how you will modify the DD254 for AFRL for his effort.

Thank you,
-Will

William McVeigh, Capt, USAF
AFLCMC/HNCO
▓▓▓▓▓▓
▓▓▓▓▓▓
▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

DEFENDANT'S EXHIBIT 14

Confidential - Subject to Protective Order   US0000162