

**DEPARTMENT OF THE AIR FORCE**
AIR FORCE LIFE CYCLE MANAGEMENT CENTER
CRYPTOLOGIC & CYBER SYSTEMS DIVISION
JOINT BASE SAN ANTONIO-LACKLAND, TEXAS 78243

21 August 2020

MEMORANDUM FOR RECORD

FROM: AFLCMC/HNCO

SUBJECT: (U) AFLCMC/HNCO Update on DD254 Status for Fibonacci

1. (CUI) In FY19, Dr. ▮▮ briefed the Fibonacci program at the TOP SECRET level to AFLCMC/HNCO and SAF/AQL. The National Security Agency (NSA) decided not to fund this program, and the program was funded by SAF/AQL as a ▮▮ project with unclassified components. At the time, Dr. ▮▮ was a Government employee providing advice and guidance under the Government.

2. (U) Starting in FY19, Mr. Dan Brown brought Dr. ▮▮ to support the Fibonnaci program as a Technical Subject Matter Expert (contractor) as a subcontractor under Global Info Tech Inc (GITI). GITI holds an Air Force Research Laboratory (AFRL) ACT2 prime contract. Dr. ▮▮ maintained his Government position at the NSA. Dr. ▮▮ stated on 18 Aug 20 he obtained an Office of General Council (OGC) letter providing agreement for the project to be worked. AFLCMC/HNCO has received the NSA's legal guidance and believes there is likely a conflict of interest based off of the email on JWICS dated 20 Aug 20.

3. (CUI) Dr. ▮▮ was cleared as a Government employee to ▮▮ but not as a contractor. While the GITI contract has ▮▮ on their DD254, Dr. ▮▮ LLC does not have a Field Security Officer (FSO), DD254, and cage code that would allow him contractor SCI and program access. Dr. ▮▮ subcontractor work was solely unclassified. Dr. Roysdon's work as a Government employee included ▮▮ discussions about Fibonacci. Dr. ▮▮ has been notified to stop work as a contractor. He may continue supporting the project as a Government employee under the NSA. However, Dr. ▮▮ informed ALFCMC/HNCO on 20 Aug that he is planning to resign from NSA.

4. (CUI) Within AFLCMC/HNCO three other contractors require DD254 modification to allow ▮▮. ▮▮ and ▮▮, as a technical Subject Matter Expert (SME) are not doing any program work currently, but are expected to do ▮▮ work in FY21. No additional ALFCMC/HNCO contractors require DD254 SAP modifications. The ▮▮ DD254 is expected to be completed by 23 Oct 20 pending signatures.

5. (U) Please direct any further questions to Capt William McVeigh at DSN: ▮▮ and ▮▮.

JARED EKHOLM, Lt Col, USAF
Materiel Leader

DEFENDANT'S EXHIBIT 16