| | |
|---|---|
| From: | GUERRERO, JULIO GG-13 USAF AFMC AFLCMC/HNCO ▮ |
| Sent: | 8/20/2020 5:55:28 PM |
| To: | Theodore M. Oakley [toakley@us.globalinfotek.com] |
| CC: | Poovalai Jayachandran [jayachandran@us.globalinfotek.com]; BROWN, DANIEL D GG-13 USAF AFMC AFLCMC/HNCYD [▮] |
| Subject: | RE: Stop Work, Dr. ▮ (Consultant), effective 19 Aug 20 |
| Attachments: | smime.p7s |

Concur with action.

Respectfully,

JULIO GUERRERO, GG-13, DAF
Acquisition Program Manager
 Cyber Payloads Section

Air Force Life Cycle Management Center
Program Executive Office C3I&N
Cryptologic & Cyber Systems Division
Cyber Warfare Mission Systems Branch
▮
▮

---

DISCLAIMER: This electronic message and its attachment(s) may contain restricted information. Further distribution is prohibited without the approval of the author of this message. If you have received this message in error, please notify the sender and delete all copies of this message. Additional guidance for contractors: This e-mail does NOT create or modify any contractual obligation on the part of the Government. This e-mail is NOT authority to proceed or incur any costs.

---

**From:** Theodore M. Oakley <toakley@us.globalinfotek.com>
**Sent:** Thursday, August 20, 2020 2:50 AM
**To:** GUERRERO, JULIO GG-13 USAF AFMC AFLCMC/HNCO ▮; BROWN, DANIEL D GG-13 USAF AFMC AFLCMC/HNCYD ▮
**Cc:** Poovalai Jayachandran <jayachandran@us.globalinfotek.com>
**Subject:** [Non-DoD Source] Stop Work, Dr. ▮ (Consultant), effective 19 Aug 20

Greetings Julio,

Per Capt Gaglio's previous request to seek approvals for programmatic items, and Dan sharing with me the stop work request for Dr. ▮ (consultant through GITI), I'm contacting you to approve this action, with the last date of performance as 19 Aug 20 (last billable day).

Thank you Sirs.

DEFENDANT'S EXHIBIT
17

Regards,
Ted Oakley

Theodore M. Oakley, Contractor
Sr. Cyber Operations Program Manager
Global InfoTek, Inc.
110 E. Houston St., 7th Fl
San Antonio, TX 78205
PH: 210-557-5513

**Speed | Agility | Innovation**

**Global InfoTek, Inc. (GITI) PROPRIETARY DATA NOTICE** - This electronic message and any files transmitted with it contain confidential and proprietary information, and are intended for use only by the person(s) to whom it is addressed. Any use, distribution, copying or disclosure to any other person is strictly prohibited. If you have received this message in error, please notify the e-mail sender immediately, and delete the original message without making a copy.

**NON-DIRECTION DISCLAIMER:** This e-mail shall not be construed as directive or obligative of the US Government. Only a Procurement Contracting Officer can provide direction and/or obligate the Government.