| | |
|---|---|
| **From:** | EKHOLM, JARED M Lt Col USAF AFMC AFLCMC/HNCO [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=679B5EF99C40499E89DDFB9E45090130-EKHOLM.JARE] |
| **Sent:** | 8/26/2020 5:50:27 PM |
| **To:** | BREMER, RICHARD R GG-14 USAF AFMC AFLCMC/HNCKC |
| **CC:** | BROWN, ROBERT H GG-15 USAF AFMC AFLCMC/HNCK                                           MORIN, JOSE A CIV USAF AFMC AFLCMC/HN-DOS                      ]; RANFT, RICHARD A GG-12 USAF AFMC AFLCMC/HNC-DOS                          MAGALONG, KENNETH V CIV USAF AFMC AFLCMC/HNC-DOS |
| **Subject:** | FW: Inquiry Official Letter_Bremer |
| **Attachments:** | Inquiry Official Appointment letter_Bremer_Aug_20_signed.pdf; smime.p7s |

Mr. Bremer,

We've had a security concern arise and looking to you for an outsider's analysis. Attached is the formal appointment memo. If you have any questions, please reach out to either Mr. Rowe or Mr. Morin.

Thanks,
LtCol Ekholm

---

**From:** ROWE, WILLIAM O CIV USAF AFMC AFLCMC/HNC-DOS
**Sent:** Wednesday, August 26, 2020 11:36 AM
**To:** EKHOLM, JARED M Lt Col USAF AFMC AFLCMC/HNCO
**Cc:** MORIN, JOSE A CIV USAF AFMC AFLCMC/HNC-DOS                           >; RANFT, RICHARD A GG-12 USAF AFMC AFLCMC/HNC-DOS                         >; MAGALONG, KENNETH V CIV USAF AFMC AFLCMC/HNC-DOS
**Subject:** FW: Inquiry Official Letter_Bremer

Sir,

  .PDF version attached.

Bulldog

WILLIAM O. ROWE, GG-13, DAF
Chief of Security, Offensive Cyber Systems
Cryptologic & Cyber Systems Division

---

**From:** ROWE, WILLIAM O CIV USAF AFMC AFLCMC/HNC-DOS
**Sent:** Wednesday, August 26, 2020 7:35 AM
**To:** EKHOLM, JARED M Lt Col USAF AFMC AFLCMC/HNCO
**Cc:** MORIN, JOSE A CIV USAF AFMC AFLCMC/HNC-DOS                         >; RANFT, RICHARD A GG-12 USAF AFMC AFLCMC/HNC-DOS                       MAGALONG, KENNETH V CIV USAF AFMC AFLCMC/HNC-DOS
**Subject:** Inquiry Official Letter_Bremer

Sir,

  Letter is attached for your signature.

DEFENDANT'S EXHIBIT 18

Bulldog

WILLIAM O. ROWE, GG-13, DAF
Chief of Security, Offensive Cyber Systems
Cryptologic & Cyber Systems Division