## McVeigh William M Maj USAF USA MIL

**From:** Beall Allen T Mr USAF USA CIV
**Sent:** Monday, August 24, 2020 5:41 PM
**To:** Macrina Tanya M Ms USAF USA CIV; McVeigh William M Maj USAF USA MIL
**Cc:** Parisi Thomas J Mr USAF USA CIV
**Subject:** RE: (U) paperwork

```
Classification: UNCLASSIFIED//FOUO
==================================================
```

Tanya,

Thank you for helping out with this. A few more things we noticed: It appears ▮▮▮▮'s PAR and SAP access was based on his position at the NSA and purported it was his position there that was key to his access request. The more we discussed, this seemed to be improper as all of his work on the project was a subcontractor, not related to his NSA position. The HNCO security office and I have decided a security inquiry should be performed on this incident. My preference would be for the inquiry official, once appointed, to coordinate with your office and your JAG office and roll the JAG review/interpretation into one inquiry report, so we have all information in one document. I'm sure Will and the inquiry official will be in touch once that kicks off.

Also, since Roysdon has given notice of his resignation from the NSA, I will debrief from the program this week since his clearance and program access were all based upon his position at NSA.

Allen

**From:** Macrina Tanya M Ms USAF USA CIV ▮▮▮▮
**Sent:** Monday, August 24, 2020 9:49 AM
**To:** McVeigh William M Capt USAF USA MIL ▮▮▮▮; Beall Allen T Mr USAF USA CIV ▮▮▮▮
**Cc:** Parisi Thomas J Mr USAF USA CIV ▮▮▮▮
**Subject:** RE: (U) paperwork

```
Classification: UNCLASSIFIED//FOUO
==================================================
```

Thanks Will.

A couple things catch my eye: (disclaimer – I am not a Lawyer or PSO)

- **Amy states:** "this law would prohibit you from representing GiTi to the Air Force (or any other Federal agency) on contract matters between GiTi and the Air Force. Providing "behind-the-scenes" services to GiTi in connection with its contract with the Air Force would not violate this law."
    - I am not sure what defines "Contract Matters" – is this just financial or is project status part of this... because he would have been representing GITI if he was briefing classified progress of a program to the government. Since his "behind the scenes" efforts were only unclassified. If he gave unclassified status – I may not be as concerned.
    - Also stated below: "A second criminal law (18 U.S.C. § 205) prohibits you from pe▮▮▮▮ any other person (including companies) -- with or without compensation -- befor▮ ▮▮▮ department, agency or employee."

DEFENDANT'S EXHIBIT 22

Confidential - Subject to Protective Order                                     US0000093