*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CIVIL ACTION NO. 5:22-CV-00869-JKP-HJB

------------------------------------------------------------

30(b)(6) VIDEOCONFERENCE AND VIDEO DEPOSITION
OF UNITED STATES AIR FORCE OFFICE OF SPECIAL
INVESTIGATIONS BY MICHAEL CRUNK - 04/24/2025

------------------------------------------------------------

DR. JOHN ROE,

Plaintiff,

V.

UNITED STATES OF AMERICA, et. Al.,

Defendant.

-----------------------------------------------------------

            The 30(b)(6) VIDEOCONFERENCE AND VIDEO

DEPOSITION OF UNITED STATES AIR FORCE OFFICE OF

SPECIAL INVESTIGATIONS BY MICHAEL CRUNK was taken by

the Plaintiff on April 24, 2025,commencing at the

hour of 11:35 a.m., before ROSIE STAHL, Shorthand

Reporter and Notary Public within and for the State

of Colorado.

DEFENDANT'S
EXHIBIT

**23**

*AB Litigation Services*

```
 1            APRIL 25, 2025, 11:35 A.M. MT

 2                 P R O C E E D I N G S

 3

 4            THE VIDEOGRAPHER:  Okay.  We are on

 5   the record at 11:35 a.m.  Today is April 24th,

 6   2025.  This begins the 30 -- the video-recorded

 7   deposition of 30(b)(6) for United States Air Force

 8   Office of Special Investigations given by Michael

 9    Crunk taken in the matter of Dr. John Roe versus

10   the United States of America, et al.

11            This deposition is being taken via

12   videoconferencing.  The court reporter today is

13   Rosie Stahl.  The videographer is Dwayne Beuthel.

14            Counsel, please introduce yourselves

15   and the parties you represent beginning with

16   plaintiff's counsel first.

17            MR. WAREHAM:  This is Jason Wareham,

18   lead counsel for Dr. Roe, plaintiff, along with

19   John Hodges, cocounsel, and Lance Henry.

20            MS. SEEMAN:  Katrina Seeman on

21   behalf of the government defendants.  I'm joined by

22   my cocounsel Joseph Gonzalez.

23            THE VIDEOGRAPHER:  Will our court

24   reporter please swear in the deponent.

25            MICHAEL CRUNK,
```

*AB Litigation Services*

1    Being first duly sworn, was examined and testified

2    as follows:

3                    THE VIDEOGRAPHER:  You may begin.

4                        EXAMINATION

5    BY MR. WAREHAM:

6         Q.    Greetings, Mr. Crunk.  As I said

7    just now, my name is Jason Wareham.  I'm lead

8    counsel on the plaintiff's side.  Have you -- have

9    you ever been deposed before?

10        A.    I have.

11        Q.    I presumed.  Have you ever been a

12   30(b)(6) witness in a deposition before?

13        A.    No, I have not.

14        Q.    Okay.  So I'm just going to go

15   through a few instructions and clarifications and

16   we'll move to the substance today.  Okay?

17        A.    Okay.

18        Q.    So first off, as you know from prior

19   depositions, you know, our entire focus here is to

20   get at the truth of facts and circumstances.  It's

21   under oath.  We're not here trying to play games or

22   test your memory.  If you don't know something, we

23   don't want you to make it up obviously.  If you

24   don't know, saying "I don't know" is just fine.

25                    If there's any question that is

*AB Litigation Services*

1    do is I want to start broadly as much as possible,

2     and then we can shape the questions down to this

3    specific case.

4              So let's start with the -- 26, which

5    involves all directives, manuals, instructions,

6    handbooks, or SOP in effect during Dr. Roe's

7    investigation that govern those categories.  So

8    let's start with insider threat investigations.

9              Can you tell me what directives,

10    manuals, instructions, handbooks, or SOPs govern

11    insider threat investigations?

12          A.     So, in general, OSI -- I just want

13    to say, OSI did not conduct an investigation on

14    Dr. Roe, and so any policies, directives,

15    investigations and things related to investigations

16    would not have been applicable in OSI's involvement

17    in this.  So I didn't spend an inordinate amount of

18    time looking at those policies and regulations.

19          Q.     Okay.  Well, let's then -- thank you

20    for that answer.  I appreciate it.  Let's do this

21    around that answer.  I'm just searching for where

22    we'll go back to make sure that it's clear for the

23     record and for counsel which numbers we're under

24    here.

25              So let's go to No. 4.  So I describe

1    Dr. Roe's matter there, and that's actually -- for

2    clarity, that involves Dr. ███████    So I've seen a

3    number of reports and communications by a Special

4    Agent Beall.  All right.  So when I -- I get that

5     no -- your answer was no investigation was open,

6    but when I'm asking questions, I'm going to be

7    referencing the actions of Agent Beall with respect

8    to Dr. ███████    Does that make sense to you?

9             A.    Yes, it does.

10            Q.    So I don't want us to split hairs

11   unnecessarily.  I'll just call it Dr. ███████

12   matter.  Does that work for you?

13            A.    Yes.

14            Q.    Okay.  So can you -- well, yeah.

15   Can you take me through the timeline of actions for

16   Dr. ███████    matter?

17            A.    Sure.  So based on the documentation

18    that I reviewed, it appears that OSI was brought

19   the information from HNCO in approximately

20   August 19th, 2020, and based on that email, it

21   contained a memorandum outlining some concerns

22   related to Dr. Roe, and then communications

23   happened over the next couple of days.  Mr. -- one

24   of the things that came out in the letter was that

25    Mr. ███████    had informed AFCLC/HNCO on 20 August

*AB Litigation Services*

1    that he is planning to resign from the NSA.

2                    Based on that, Mr. Beall

3     communicated -- let's see.  Sorry, I need to get

4    the dates.  Mr. Beall communicated August 24th that

5    he had had a -- he and the HNCO security office

6    decided a security inquiry should be performed on

7    the incident, and also that since Mr. ██████████ had

8    given notice of his resignation from NSA, Mr. Beall

9    would debrief Mr. ██████████ from the program that he

10   had access to that week because his clearance and

11   program access were based upon his position within

12   the NSA.

13            Q.    Okay.  So can you, for record

14   clarity, recite what the Bates number, the little

15   number starting with leading zeros are for each of

16   those documents that just referenced?

17            A.    Sure.  So the letter that -- let me

18   back up.

19                    So the email, the initial email that

20   I have that indicates August 19, 2020 has

21   US0000271, and that goes into 272 and 273, and that

22   references the memorandum which is US0000106, and

23   that's where I referenced the information that Dr.

24   ██████████ had informed that he would leaving -- that

25   he was going to resign from NSA.

1            And then the document number -- an

2     email from Mr. Beall where he indicated he and the

3     agency security office had decided the security

4     inquiry would be performed and that Mr. Beall would

5     be debriefing Mr. ███████ was US0000061.

6            Q.    So how would you describe the

7     actions taken by Special Agent Beall if we're not

8     using the term investigation was opened, how would

9     you describe the actions of Agent Beall?

10           A.    Sure.  In Mr. Beall's capacity, he

11    was serving as a program security officer, which is

12    overall cognizance of security for this program

13     that Dr. ██████ was accessed to.  And so within

14    his security authorities that are derived from DOD

15    manual 5205.07, Volume 1 and DOD manual 5205.7,

16    Volume 2, those describe the roles and

17    responsibilities of a program security officer,

18    which Mr. Beall was.  So the actions taken by Mr.

19    Beall were under his authorities as a program

20    security officer.

21           Q.    Okay.  And what is the -- what are

22    the roles and responsibilities of an OSI agent

23    serving as a program securities officer?

24           A.    So the information about why OSI has

25     it organized that way between special agents and

```
 1                    REPORTER CERTIFICATE

 2
                    I, ROSANNE M. STAHL, Shorthand
 3    Reporter and Notary Public within and for the State
      Of Colorado, do hereby certify that previous to the
 4    Commencement of the testimony, the said JOSEPH
      BURGHARD was sworn by me to testify to the truth in
 5    Relation to the matters in controversy between the
      Said parties so far as he should be interrogated
 6    Concerning the same; that the said deposition was
      Taken in stenograph by me at the time and place
 7    Aforesaid and was thereafter reduced to typewritten
      Form; that the foregoing is a true and correct
 8    Transcript of my stenographic notes thereof; and
      That Deposition Exhibit 1 was marked and used in
 9    The interrogation.
                    I further certify that I am not
10    Employed by, related to, nor counsel for any of the
      Parties herein, nor otherwise interested in the
11    Event of this action.
                    IN WITNESS WHEREOF, I have affixed
12    My signature and seal this 7th day of May, 2025.

13

14

15
                         Rosanne M. Stahl
16                       Notary Public

17

18    MY COMMISSION EXPIRES:  04/13/26.

19

20

21

22

23

24

25
```