| | |
|---|---|
| From: | Jaspers, Todd M. [US-US] [Todd.M.Jaspers@leidos.com] |
| Sent: | 3/27/2023 2:37:09 PM |
| To: | BROWN, DANIEL D CIV USAF AFMC AFLCMC/HNCYD [▇▇▇]; Allen, Robert L. [US-US] [Robert.L.Allen@leidos.com]; Flores, Thomas A. [US-US] [Thomas.A.Flores-2@leidos.com]; Gulati, Manbir S. [US-US] [Manbir.S.Gulati@leidos.com]; Black, Gavin S. [US-US] [Gavin.S.Black@leidos.com]; Roe ▇▇▇ Roe ▇▇▇@leidos.com]; Lipsey, Rick [US-US] [Richard.A.Lipsey@leidos.com] |
| CC: | Hamstra, Jeff T. [US-US] [jeff.hamstra@leidos.com]; BERGER, DENISE A CTR USAF AFMC AFLCMC/HNCO ▇▇▇ CARTER, TREVON S CTR USAF AFMC AFLCMC/HNCO ▇▇▇ PHAM, DUC M CIV USAF AFMC AFLCMC/HNCO ▇▇▇ |
| Subject: | [URL Verdict: Neutral][Non-DoD Source] AFLC/MC HNCO - Customer Presentation |
| Location: | Microsoft Teams Meeting |
| Start: | 3/27/2023 7:00:00 PM |
| End: | 3/27/2023 8:00:00 PM |
| Show Time As: | Tentative |
| Recurrence: | (none) |

AGENDA:

Introductions:
- Introduce the Cyber AI Team and Leidos Colleagues

Capability Introduction:
- Team and Capability Overviews

Capabilities Presentation:
- Perimeter Presentation (Presented by Robert Allen)
- Midpoint Presentation (Presented by Robert Allen)
- Endpoint Presentation (Presented by Thomas Flores)
- Tabular LM Presentation (Presented by Manbir Gulati)
- ACDF Presentation (Presented by Todd Jaspers)

Leidos Capability Discussions and Partnerships


Thank you,

Todd Jaspers
Cyber Solutions Architect
Leidos Innovation Center (LInC)
▇▇▇

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
<u>Click here to join the meeting</u>

**Or call in (audio only)**

+1 703-935-2799,,198403179#    United States, Herndon



(855) 534-3677,,198403179#                                   (Toll-free)

Phone Conference ID: 198 403 179#
Find a local number | Reset PIN

Dial-In callers press *6 to Mute/Unmute. Press *1 for other options

Learn More | Meeting options

_____

| | |
|---|---|
| **From:** | Jaspers, Todd M. [US-US] [Todd.M.Jaspers@leidos.com] |
| **Sent:** | 4/14/2023 11:55:37 AM |
| **To:** | Jaspers, Todd M. [US-US] [Todd.M.Jaspers@leidos.com]; Roe [Roe @leidos.com]; Allen, Robert L. [US-US] [Robert.L.Allen@leidos.com]; Flores, Thomas A. [US-US] [Thomas.A.Flores-2@leidos.com]; Black, Gavin S. [US-US] [Gavin.S.Black@leidos.com]; FRANCISCO, DONALD P MSgt USAF ACC 375 COS/DOAO ; RATUISTE, KEVIN G Capt USAF ACC 390 COS/DOK ; PATNODE, BROCK J Capt USAF ACC 375 COS/DOM ; MENDEZ, THOMAS R 2d Lt USAF ACC 375 COS/DOA [ ; SMITH, TAJH D TSgt USAF ACC 375 COS/DOA ; GUITRON, STEVEN CIV USAF ACC 16 AF/A3 ; GUERRERO, JULIO CIV USAF AFMC AFLCMC/HNCO ; BROWN, DANIEL D CIV USAF AFMC AFLCMC/HNCYD ; GAN, JAMES Capt USAF ACC 16 AF/A37/8 ; Hollenbeck, John C CIV USARMY 780 MI BDE (USA) ; Lipsey, Rick [US-US] [Richard.A.Lipsey@leidos.com] |
| **Subject:** | Leidos - Cyber AI Perimeter/Endpoint Demonstration |
| **Attachments:** | Leidos-CyberAI_Placemat.pdf |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | 4/18/2023 7:00:00 PM |
| **End:** | 4/18/2023 8:00:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Please join us for a presentation of Leidos Cyber AI's offensive capabilities. We will be presenting both our Perimeter and Endpoint subversion capabilities, and will leave time for questions. The researchers will be on the call and be available for questioning.

Thank you!

Todd Jaspers – PI Cyber AI IRAD
Cyber Solutions Architect
Leidos Innovation Center (LInC)

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

## Or call in (audio only)

+1 703-935-2799,,326813238#       United States, Herndon
(855) 534-3677,,326813238#        (Toll-free)

Phone Conference ID: 326 813 238#
Find a local number | Reset PIN



Dial-In callers press *6 to Mute/Unmute. Press *1 for other options

Learn More | Meeting options

_____

Confidential - Subject to Protective Order

US0000332