*AB Litigation Services*

```
    IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF TEXAS
                 SAN ANTONIO DIVISION

       Civil Action No. 5:22-CV-00869-JKP-HJB
_____

     VIDEOCONFERENCE DEPOSITION OF TODD JASPERS

                    April 11, 2025

_____

Plaintiff,

DR. JOHN ROE,


v.


Defendant,

UNITED STATES OF AMERICA, et al.

_____

APPEARANCES:

     ALLEN VELLONE WOLF HELFRICH & FACTOR, PC
        By Jason R. Wareham, Esq.
           1600 Stout Street, Suite 1900
           Denver, Colorado 80202
             Appearing on behalf of Plaintiff.

     HENDLEY & HODGES LAW, PLLC
        By John W. Hodges Jr., Esq.
           4594 US Highway 281 North
           Spring Branch, Texas 78070

             Appearing on behalf of Plaintiff.
```

DEFENDANT'S EXHIBIT 25

```
 1                P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  The time is 10:04.  We
 3   are on the record.  Today is April 11, 2025.  This
 4   begins the recorded deposition of Todd Jaspers in
 5   the matter of Dr. John Roe versus The United States
 6   of America, et al.  This deposition is being
 7   recorded via Zoom videoconferencing.  The court
 8   reporter is Marcus Boyer.  The videographer is
 9   Maryvonne Tomkins.
10              The attorneys would introduce themselves,
11   starting with the plaintiff, please.
12              MR. WAREHAM:  Jason Wareham on behalf of
13   Plaintiff, lead counsel, along with John Hodges,
14   Lance Henry, and Rebecca Bradshaw is on my team,
15   paralegal.
16              MR. GONZALEZ:  Joseph Gonzalez and I'm
17   joined with my colleague, Kati Seeman, and we
18   represent the government defendants in this matter
19   with the Department of Justice.
20              THE VIDEOGRAPHER:  Our court reporter
21   will please swear in the witness and we can proceed.
22                      TODD JASPERS,
23   being first duly sworn in the above cause, was
24   examined and testified as follows:
25                       EXAMINATION
```

```
 1   I have to look at my resume, but I know I sent it
 2   to -- to both the -- the Plaintiff lawyers and the
 3   Defendant lawyers.  I went to Leidos.
 4   Dr. [redacted] -- he didn't reach out to me, but I
 5   asked him if there was any -- if there was any
 6   opportunities at Leidos.
 7            I was actually very unhappy at NSA.
 8   Sorry.  Give me a second.  I apologize.  Let me -- I
 9   have a landline.  Don't judge me.
10       Q    Yeah, I'm surprised.  I haven't seen one
11   of those in a while.
12       A    I know.  So I don't know how much of this
13   you need to know, but I was -- I -- I did not take
14   the pull-out of Afghanistan very well.  It hit me
15   really hard.  I kind of just hit all the things
16   that -- that I saw when I was there, but when it
17   actually happened, when we pulled out, like it --
18   I -- I wasn't doing well --
19       Q    Yeah --
20       A    -- and I just --
21       Q    -- if it makes you feel any better --
22       A    Yeah, and -- and -- and I just like --
23   I'm just going to share this.  It sounds ridiculous
24   I'm even saying this, but my colleague at NSA and my
25   subordinate, he was an avowed communist, which was
```

1    something I'd just never heard of before in my life
2    and that was completely acceptable to NSA, he had an
3    English major, and I was like completely a waste of
4    my time.  NSA had gone from 44,000 employees down to
5    8,000, which is unclassified now, by the way.
6            And, so, all I was doing was writing
7    papers.  I was miserable.  Like I -- I -- I just --
8    I wanted to like get back to actually doing some
9    good and -- and something.  And, so, Dr. ███████ he
10   said, "Well" -- you know, he was very clear that he
11   wasn't going to ask me unless I asked him because I
12   guess there's some laws as contractors; you can't
13   ask federal employees.
14           So I -- I -- I had reached out to him and
15   asked if there were any opportunities and he got me
16   a position as a researcher at Leidos.  Now, fast
17   forward about -- I want to say maybe five,
18   six months, we're probably into -- we're now into
19   2022 and Dan Brown called me on the phone, asked if
20   there was anything that we had that might help his
21   team.  So he actually did reach out to me first.
22           And I said, "Yeah, absolutely.  We're
23   working on three types of technologies."  Excuse me.
24   And I can go into one.  It focuses on endpoint, in
25   the middle, and then -- gosh.  I'm drawing a blank.

```
 1   Well, a parameter, endpoint, and then the network
 2   traffic in the middle.
 3           And, so, we all -- our -- our --
 4   Dr. ███████ thought was always offense first,
 5   defense second.  I won't get into why that matters,
 6   but it has to do with how you train models
 7   offensively and then how you develop them
 8   defensively.  And these -- these were -- these were
 9   new capabilities, barely tangential to the things
10   that I kind of asked for, not really, but they were
11   trying to solve some of the other problems that we
12   had.
13           And -- and Dan was interested in enough
14   that we put together some slide decks and we
15   presented -- I think I probably -- I don't remember
16   the exact number, but we -- we presented to him a
17   couple times.  And stop me if you want to break this
18   up.
19      Q    Oh.  Yeah, let's break this up.  Exactly.
20      A    Okay.
21      Q    All right.  So let's get to a timeline
22   around August of 2020, which, in the complaint, is
23   when we've described Dr. ███████ leaving Air Force
24   Cyber.  All right.  What -- what do you recollect
25   from that time period relevant to this?
```

```
 1   are -- are trying to see what challenges there
 2   are -- basically to see if we can try and sell you
 3   something.
 4       Q    Okay.  And when you described the e-mail
 5   that said only your name would be on the --
 6   the slides from Mr. Lipsey, do you know what that
 7   was in reference to?
 8       A    Yes, that's the slide deck that we sent
 9   to Dan Brown.  He was just confirming to Dan Brown
10   that only -- that only my name was going to be on
11   the slides.  But, again, I want to be very clear,
12   there was nothing in the e-mail from Dan Brown that
13   says, you know, you can't have Dr. ▮▮▮▮▮▮ --
14       Q    I understand that.  Are you aware of any
15   reason why Rick would tell you that?
16       A    It -- it could be maybe that --
17            MR. GONZALEZ:  I'm going to object to
18   this question.  Form.
19       A    Yeah, I -- I -- I'm -- I'm not -- I'm not
20   really sure.  It could be that maybe Dr. ▮▮▮▮▮▮ --
21   because I would've -- I would've had that
22   conversation with Dan Brown.  So I would have talked
23   to Dr. ▮▮▮▮▮▮ and said, "Hey, you can't have your
24   name on there."  Maybe he then mentioned it to Rick
25   Lipsey.  I'm -- I'm not really sure.  It -- yeah.
```

```
 1      Q     So let's go back to Dan Brown --
 2      A     Roger.
 3      Q     -- specifically on this issue.  What, if
 4   anything, did Dan Brown say on this issue about
 5   removing Dr. ████████ name from the slides?
 6      A     So he said -- the term was used, "persona
 7   non grata," and he said multiple -- you know, any
 8   time that we would interact with them, he said that
 9   we can't have Dr. ████████ on any of the
10   documentation.
11            As a matter of fact, I -- I don't think
12   he even wanted Dr. ████████ on the -- the meeting --
13   on the Teams call while we were doing the
14   presentation, but, you know, Dr. ████████ was like,
15   "It's my research, so I'm going to be on it anyway,"
16   and, so, he still went on the Teams call.
17      Q     Okay.  Did Dan Brown ever give you
18   insight into why he didn't want Dr. ████████ on the
19   call?
20      A     Well, I -- I think -- it was pretty clear
21   to me that it was probably because of the lawsuit.
22   The only thing I ever heard from him was, "I don't
23   think you know what he did," referring to the
24   lawsuit.  And I said, "Look," you know, "I don't
25   really want to get involved in that.  I'm friends
```

```
 1      Q     Did you ever do anything to look into or
 2   independently investigate whether he was, in fact,
 3   trying to siphon or reallocate funding?
 4      A     No, it really wouldn't have been my -- my
 5   job.  I mean, I -- I'm -- I -- I hate to use the
 6   term "it's not my job," right, but I have so many
 7   other requirements.  The things that I levied to Dan
 8   Brown were supposed to be revolutionary,
 9   game-changing, but I've got my day-to-day mission of
10   providing exploits and -- and capabilities to -- to
11   the Air Force people.  So I would not -- it would
12   have not been my position to even be involved in
13   that.
14      Q     So you only know what ▓▓▓▓ and Dan
15   Brown told you; is that correct?
16      A     That -- that is correct.  My -- my
17   understanding of the situation comes from Dan Brown
18   and Dr. ▓▓▓▓
19      Q     I want to talk to you about, I guess,
20   the -- the presentation to HNCO that occurred in
21   sometime early 2023.  Do you know what I'm talking
22   about?
23      A     Yes, yes.
24      Q     You testified that Brown told you not to
25   include ▓▓▓▓ on -- on the pitch to HNCO; is that
```

```
 1   right?
 2       A     That is correct in -- in a phone call.
 3       Q     In a phone call.  Okay.  In one phone
 4   call?
 5       A     No, we've had multiple discussions about
 6   that from Dan Brown where he basically said he's not
 7   well-liked there because of a bunch of things, you
 8   know, the -- the lawsuit, William McVay, all -- all
 9   that stuff, that, "He cannot be on any of these
10   slides.  We really don't want him in the" -- "in the
11   Teams call.  We don't want him involved" -- "try
12   to" -- "to just have you be the one that does all
13   this stuff because they all love you," et cetera.
14       Q     Before Dan spoke with you about ▓▓▓▓▓▓▓▓
15   involvement, did Dr. ▓▓▓▓▓▓▓ tell you he had any
16   concerns about making the pitch to HNCO?
17       A     I don't think so.  No, I -- I can't
18   remember.  I think it was -- I'm -- I'm pretty sure,
19   best of my recollection, it was Dan Brown that told
20   me first because I think we just would have put
21   Dr. ▓▓▓▓▓▓▓ name on there by default and then sent
22   it to Dan Brown and probably, at that point, he
23   called me and said, "Hey, we can't have him on
24   there," and -- and Dan -- or Dr. ▓▓▓▓▓▓▓ was pretty
25   upset about that.
```

```
 1              He -- he was not happy because, you know,
 2    he -- he kind of views like the research as like --
 3    as sort of his pride and joy and he's like -- and he
 4    told me a couple of times, "This is my research.  I
 5    deserve to be on those slides.  I deserve to be the
 6    one presenting it."  So he was pretty upset about
 7    that.
 8         Q     So you said that ████████ was upset.  I
 9    take it --
10         A     Yes.
11         Q     -- you went back to ████████ and told him
12    about the conversation?
13         A     Yes, because he's my boss.
14         Q     Okay.
15         A     At that time, he was my boss.
16         Q     Okay. Is -- is this conversation in
17    person?
18         A     It probably would have been on a phone
19    call.  I -- I didn't even think to check my e-mail.
20    I -- I could try to look, but, best I know, I
21    probably had that conversation with him over the
22    phone.  There might be an e-mail of me saying
23    something like that.
24              But, you know, I just would call
25    Dr. ████████ on the phone pretty -- pretty quickly.
```

```
 1    deals with another country, right.
 2              And each of those different countries
 3    that are adversaries have like one particular big
 4    thing that is a challenge for us to exploit them, if
 5    you will.  And, so, we sought to solve those
 6    challenges for -- you know, there's like three
 7    big -- big needs.
 8       Q    Dan Brown told you to not include ▮▮▮▮
 9    in the presentation.  Had anybody else ever told you
10    that before?
11       A    No.
12       Q    Okay.  Has anyone else you've ever worked
13    with told you that since?
14       A    I'm sorry.  What --
15       Q    Has -- has anyone ever told you not to
16    include Dr. ▮▮▮▮ in a presentation since that
17    time that Dan Brown told you?
18       A    Yes, but also Dan Brown and also the same
19    customer because we did it -- I think we did it
20    again -- like -- and it was just understood that,
21    "From here on out, you don't have Dr. ▮▮▮▮ on
22    these things," but no other customer anywhere else
23    did we ever have that issue.
24       Q    Okay.  And by "other customer," are you
25    referring to like Space Force, DARPA, CIA?
```

```
 1       A     Yeah, exactly, yeah.
 2       Q     Okay.  None -- none of them ever
 3   expressed any reservations about Dr. ▇▇▇▇▇▇
 4       A     No.
 5             MR. WAREHAM:  Objection as to form.
 6       Q     Okay.  Do you have any sense of
 7   Dr. ▇▇▇▇▇▇ reputation in the field of cyber
 8   operations?
 9             MR. WAREHAM:  Objection.  Form and
10   foundation.
11       A     So not cyber operations, right, but AI.
12   That's his strong suit.  That's what he brought us
13   on because like my whole federal career has been
14   cyber.  His has been math, research, AI.  So he's
15   not -- you know, he used us to help fill the gaps
16   that he has for cyber.  So, for him, he's an AI
17   solution architect, if you will.
18             I -- I don't know if that was the
19   question you were asking, but his -- he's,
20   generally, as far as I know, very well-known from
21   an -- from an AI perspective.  That's why Leidos
22   made him the chief AI scientist and they kind of
23   just would parade him around at different
24   conferences and stuff.  He was on -- he was on the
25   road quite a bit.
```

```
 1      Q     What do you mean they would parade him
 2   around?
 3      A     Well, like I said, he's a good speaker
 4   and, so, they would try to send him to conferences,
 5   try to get -- get him to have -- give speeches at
 6   conferences, things like that, roundtables, stuff
 7   like that, sometimes talk to the board of directors,
 8   things like that.
 9      Q     And this was in an effort to generate
10   business?
11      A     Yeah, I -- I assume almost everything we
12   do is to generate business.  I mean, it's a company,
13   so -- I -- I will say sometimes Dr. [REDACTED] would do
14   things that were maybe funded by Leidos, where we
15   were sort of trying to give back to the community,
16   if you will.  There were some situations of that.
17   So I -- I do take back a little bit of what I just
18   said.
19      Q     You have a copy of this complaint, right?
20      A     I don't have it printed out, but I -- I
21   did -- I did go through it a little bit.
22      Q     Other than Dan Brown and Dr. [REDACTED]
23   have you ever talked about the subject matter of
24   this complaint with anybody else?
25      A     I mean, other than the fact that like
```

```
 1   organizations would go through Dan Brown.
 2        Q     I want to go back to something that
 3   you -- you said earlier.  You were talking about,
 4   you know, after the presentation in 2023 and you
 5   used the phrase, "Generally understood that ▮▮▮▮
 6   shouldn't be involved going forward," is that
 7   correct?
 8        A     Yes, it was -- it was Dan Brown that said
 9   to me that Dr. ▮▮▮▮▮ should not be -- I -- I --
10   I'm not sure exactly how you're wording it, but Dan
11   Brown made it clear to me that -- that Dr. ▮▮▮▮▮
12   should not be on any presentations going forward.
13   Dr. ▮▮▮▮▮ would still put himself on those Teams
14   calls, even though Dan Brown didn't want it.
15        Q     And Dan Brown is the only person that
16   told you that; is that correct?
17        A     That's correct.  And he told me over the
18   phone, he said, "Look," you know -- and I'm just
19   kind of reiterating what I've said.  He said that,
20   "If these slides get sent around or they see him on
21   there, they're" -- "they're" -- "they're not going
22   to support this because," you know, everything else
23   I've said so far.
24        Q     Okay.  Did Dan Brown tell you that
25   anybody at HNCO had specifically told him that?
```

```
 1   STATE OF COLORADO)
                     ) ss.         REPORTER'S CERTIFICATE
 2   COUNTY OF DENVER )

 3

 4           I, Marcus K. Boyer, do hereby certify that
 5   I am a Shorthand Reporter and Notary Public for the
 6   State of Colorado; that previous to the commencement
 7   of the examination, the deponent was duly sworn to
 8   testify to the truth.
 9           I further certify that this deposition was
10   taken in shorthand by me at the time and place
11   herein set forth, that it was thereafter reduced to
12   typewritten form, and that the foregoing constitutes
13   a true and correct transcript.
14           I further certify that I am not related
15   to, employed by, nor of counsel for any of the
16   parties or attorneys herein, nor otherwise
17   interested in the result of the within action.
18           In witness whereof, I have affixed my
19   signature this 23rd day of April, 2025.
20           My commission expires April 30, 2027.
21
22
                             Marcus K. Boyer
23
24
25
```