```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF TEXAS
                    SAN ANTONIO DIVISION
_____

DR. JOHN ROE,                    |
        Plaintiff,                | CIVIL ACTION NO.
                                 | 5:22-CV-00869-HJB
v.                               |
                                 |
UNITED STATES OF AMERICA, et al  | (Jury Demanded)
        Defendants.              |
_____

VIDEO 30(b)(6) DEPOSITION OF AIR FORCE LIFE
CYCLE MANAGEMENT CENTER REPRESENTATIVE BY RICHARD
BREMER
April 21, 2025
_____

APPEARANCES:

           JASON WAREHAM, ESQ.
           and
           LANCE HENRY, ESQ.
           ALLEN VELLONE WOLF HEINRICH & FACTOR, PC
           1600 Stout Street, Suite 1900
           Denver, CO 80202
           Phone: 303-534-4499
           E-mail:  Jwareham@allen-vellone.com
           appearing on behalf of Plaintiff


           JOHN W. HODGES, JR., ESQ.
           HENDLEY & HODGES LAW, PLLC.
           4594 US Hwy 281 N
           Spring Bach, TX 78070
           Phone:  210-640-3398
           E-mail:  John@hhtx.law
           appearing on behalf of Plaintiff

           KATRINA SEEMAN, ESQ.
           US DEPARTMENT OF JUSTICE, CIVIL DIVISION
           950 Pennsylvania Avenue NW
           Washington, DC 20530
           Phone: 202-724-6604
           E-mail:  Katrina.seeman@dc.gov
           appearing on behalf of Defendants
```

DEFENDANT'S EXHIBIT 26

*AB Litigation Services*

```
 1                P R O C E E D I N G S
 2           THE VIDEOGRAPHER:  The time is 11:38.  We
 3   are on the record.  Today is April 21, 2025.
 4           This begins the recorded deposition 30(b)(6)
 5   of Air Force Life Cycle Management represented by
 6   Richard Bremer in the matter of Dr. John Roe versus
 7   United States of America, et al.
 8           This deposition is being recorded via Zoom
 9   videoconferencing.  The court reporter is Linnea
10   Busby.  The videographer is Maryvonne Tompkins.
11           The attorneys will introduce themselves
12   please.
13           MR. WAREHAM:  Hi.  This is Jason Wareham,
14   lead counsel on the case, along with John Hodges,
15   Lance Henry, and then our paralegal, Rebecca
16   Bradshaw.
17           MS. SEEMAN:  And good afternoon.  This is
18   Katrina Seeman.  I am joined today by my colleagues
19   and co-counsel Robert Green and Joseph Gonzalez.
20           THE VIDEOGRAPHER:  The court reporter will
21   please swear in the witness, and we can proceed.
22           COURT REPORTER:  Could you please raise your
23   right hand.
24                     RICHARD BREMER,
25   being first duly sworn in the above cause, was
```

```
 1   examined and testified as follows:
 2                        EXAMINATION
 3   BY MR. WAREHAM:
 4        Q.  Hi, Mr. Bremer.  Jason Wareham here again.
 5   Long time no see.
 6        A.  Yes, sir.
 7        Q.  So just to cover a few differences between
 8   the last time, to be clear, you were previously
 9   deposed in this case in your personal capacity,
10   right?
11        A.  Okay.
12        Q.  Well, okay.
13        A.  That's correct.
14        Q.  Yeah.  So to clarify, you're testifying
15   today as a corporate representative.  Do you
16   understand the difference between the two roles?
17        A.  I do.
18        Q.  You understand that the answers that you
19   give today will actually bind Air Force Life Cycle
20   Management Center, also known as HNCO?
21        A.  Yes.
22        Q.  And to clarify, we are going to be limiting
23   your questions to specific noticed questions we are
24   told you were prepared to answer which in the notice
25   is our number 8, 15, and 16; and I will read those to
```

```
 1        A.   Okay.  This is found in FAR 9.406-2 causes
 2   for disbarments.  The suspending and debarring
 3   official may debar a contractor for a conviction of
 4   or civil judgment for commission of fraud or criminal
 5   offense in connection with obtaining, attempting to
 6   obtain, or performing a public contract or
 7   subcontract, for violation of Federal or State
 8   antitrust statutes relating to the submission of
 9   offers, for commission of embezzlement, theft,
10   forgery, bribery, falsification, or destruction of
11   records, making false statements, tax evasion,
12   violating Federal criminal tax laws, or receiving
13   stolen property, intentionally affixing a label
14   bearing a made in America inscription to a product
15   sold or shipped to the United States or its outlying
16   areas when the product was not made in the United
17   States or its outlying areas, for commission of any
18   other offense indicating a lack of business
19   integrity, or business honestly that seriously and
20   directly affects the present responsibility of a
21   Government contractor or subcontractor.
22        Q.   And to clarify the phrase "debarring
23   official, that is the Air Force GC that you
24   described?
25        A.   That's correct.  GC, yeah.
```

```
 1        Q.  Are any other officials below that level
 2   able to debar a contractor?
 3        A.  No.  Before -- there is a statement within
 4   the regulation that requires us to notify our local
 5   legal team before it goes to general counsel, as well
 6   as our senior contracting official.
 7        Q.  And have you -- within your review did the
 8   phrase "de facto debarment" come up?
 9        A.  I'm familiar with what it means but there is
10   no process or any existence of a de facto debarment.
11        Q.  All right.  What does it mean?
12        A.  It means to essentially blackball an
13   individual from receiving a contract.
14        Q.  All right.  Is that done with any form of
15   process?
16        A.  No.
17        Q.  Do you know if de facto debarment is in
18   keeping with the regulations that you just describes?
19        A.  No, it absolutely would not be.
20        Q.  All right.  Why not?
21        A.  It's unethical process in my opinion.
22   Doesn't exist as far as I'm concerned.  At least I
23   have never witnessed it during my 20-plus years in
24   contracting.
25        Q.  Suffice it to say the controlling process is
```

```
 1    the one you just read and not a de facto process?
 2         A.  That's correct.  That is the process as
 3    outlined in the FAR and supplements.
 4         Q.  Okay.  Are you aware of in your review,
 5    again in terms of the agency, of any formal or
 6    informal processes executed against Dr. ▮▮▮▮ with
 7    regards to his contract?
 8         A.  No, I am not.
 9         Q.  So that would include as far as you're
10    concerned that no process as described in the
11    regulation was initiated against Dr. Roe or his
12    prime?
13         A.  So just for clarification, I think I
14    mentioned during our last session, the contracts that
15    he had in place that he was operating under were not
16    my responsibility.
17             I did, however, during the course of
18    prepping for these depositions, I was asked, right,
19    at one point to confirm whether or not he was
20    debarred or suspended at which time I queried the
21    sam.gov site to see if he was debarred or suspended.
22    At that time I did not find any suspension or
23    debarment or pending -- you know, pending actual or
24    otherwise in the sam.gov.
25         Q.  Did you see any presence of any historical
```

```
 1   actions of any kind within debarment related to Dr.
 2   ███████
 3       A.   No, sir, I did not.
 4       Q.   In your preparation for this, did you
 5   discuss a de facto debarment with of Dr. ██████ with
 6   any person?
 7       A.   When I was initially contacted by the DOJ
 8   team, I just asked about the nature of this
 9   particular case, and they stated that de facto
10   debarment came up through the conversation.  That was
11   the only conversation I've ever had.
12       Q.   With any Air Force personnel?
13       A.   No.
14       Q.   All right.  Well, believe it or not, I'm
15   already at the point where I need to check with my
16   team on anything further.  So if we can go off the
17   record, I'll do that; and I'll come right back.  All
18   right?
19       A.   Yes, sir.
20            MR. WAREHAM:  Thank you much.
21            THE VIDEOGRAPHER:  The time is 12:03.  We're
22   going off the record.
23            (A recess was taken from 12:03 to 12:14
24   p.m.)
25            THE VIDEOGRAPHER:  The time is 12:14.  We
```

```
 1                    REPORTER'S CERTIFICATE
     STATE OF COLORADO         )
 2                             )    ss.
     CITY AND COUNTY OF DENVER )
 3

 4   I, LINNEA BUSBY, Professional Reporter and Notary

 5   Public, State of Colorado, do hereby certify that

 6   previous to the commencement of the examination, the

 7   said RICHARD BREMER was duly sworn by me to testify

 8   to the truth in relation to the matters in

 9   controversy between the parties hereto; that the said

10   deposition was taken in machine shorthand by me at

11   the time and place aforesaid and was thereafter

12   reduced to typewritten form, consisting of 28 pages

13   herein; that the foregoing is a true transcript of

14   the questions asked, testimony given, and proceedings

15   had.  I further certify that I am not employed by,

16   related to, nor of counsel for any of the parties

17   herein, nor otherwise interested in the outcome of

18   this litigation.

19           IN WITNESS WHEREOF, I have affixed my

20   signature this 8th day of May, 2025.

21                 My commission expires October 28, 2028.

22                        [signature: Linnea Busby]

23                        Linnea Busby
                          Professional Court Reporter
24

25
```