UNCLASSIFIED/

███████ interview and debrief

| From: | Beall, Allen Ting <CTR> | 27-Aug-2020 15:22 |
|---|---|---|
| To: | McVeigh, William M <MIL>; Rowe, William O "Bulldog" <CIV>; Ranft, Richard Alan "CaddyShack" <EMB CTR> | |
| Cc: | Oliveira, Jason Nmn <EMB CTR> | |
| Bcc: | | |

| CWS Attachment ID | CFS File ID | CFS File Version ID | File Name | File Marking | File Size |
|---|---|---|---|---|---|
| 485396 | 999497 | 1017198 | ███ FM40 with attachments 20200826.pdf | UNCLASSIFIED// ███ | 1 MB |

UNCLASSIFIED/

Hi, guys,

Attached you will find my write-up of the chat and debrief I had with Dr. ███ yesterday. Please pass this on to your inquiry official when appointed.

Allen

UNCLASSIFIED/

UNCLASSIFIED/

Document is UNCLASSIFIED with Attachment Removed

DEFENDANT'S EXHIBIT
28