UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. PAUL ROYSDON, § <br> §<br> Plaintiff, §<br> §<br> v. §  SA-22-CV-869-JKP (HJB)<br> §<br> UNITED STATES OF AMERICA, et al., §<br> §<br> Defendants. § | |

**ORDER**

Before the Court is Plaintiff's Notice of withdrawal of opposition to Defendants' Motion to Identify Plaintiff by His Real Name on the Public Docket and at Trial. (Docket Entry 120). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 3.)

In light of Plaintiff's withdrawal of opposition, Defendants' Motion to Identify Plaintiff by His Real Name on the Public Docket and at Trial (Docket Entry 104) is **GRANTED AS UNOPPOSED**. The motion is therefore removed from the agenda for the video hearing on **August 6, 2025**, at **1:30 P.M.**[1]

The Clerk of the Court is **DIRECTED** to correct Plaintiff's name on the docket sheet to **Dr. Paul Roysdon**, and the parties are **ORDERED** reflect this correction in all subsequent filings.

It is so **ORDERED**

**SIGNED** on August 5, 2025.

Henry J. Bemporad
United States Magistrate Judge

---

[1] Defendants' Opposed Motion to Exclude Plaintiff's Expert Testimony (Docket Entry 103) remains to be argued at the August 6, 2025, hearing. (*See* Docket Entries 110 and 116.)