UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DR. PAUL ROYSDON,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 5:22-CV-00869-JKP-HJB

**JOINT PRETRIAL ORDER**
**EXHIBIT 2 – DEFENDANTS' EXHIBIT LIST**

Defendants file this designation of exhibits under the Court's Amended Bench Trial Scheduling Order (ECF No. 99), the Federal Rules of Civil Procedure, and Local Rule 16(f)(4).

| Ex. No. | Description | Will Offer | May Offer |
|---|---|---|---|
| D-1 | Beall Email Sending OSI Form 40 (Aug. 27, 2020) | X | |
| D-2 | OSI Form 40 (with attachments) | X | |
| D-3 | McVeigh Email Chain RE: MFR for Dr. Roysdon Please | X | |
| D-4 | Ekholm Memo For Record (Aug. 21, 2020) | X | |
| D-5 | Burghard Email Chain Re: Dr. Paul Roysdon…. Need to talk sooner than Thurs (Aug. 24, 2020) | X | |
| D-6 | McVeigh to Brown Re Dr. Roysdon MFR (Aug. 19, 2020) | X | |
| D-7 | Brown to McVeigh sending NSA Altered Email (Aug. 20, 2020) | X | |
| D-8 | Bremer Appointment Email (Aug. 26, 2020) | X | |
| D-9 | Bremer Appointment Letter (Aug. 25, 2020) | X | |
| D-10 | Bremer Email Sending Report (Sep. 22, 2020) | X | |
| D-11 | Bremer Report (Sep. 22, 2020) | X | |
| D-12 | McVeigh to Bremer re FOUO\\Statement (Sep. 11, 2020) | X | |
| D-13 | McVeigh Statement | X | |
| D-14 | August 24, 2020 Email Chain re paperwork | X | |
| D-15 | McVeigh to Beall and Burghard Email FW: Government/Contractor Role - Excalibur (Aug. 24, 2020) | X | |
| D-16 | McVeigh to Beall et al re FOUO\\Letter copy on NIPR (Aug. 25, 2020) | | X |

| | | | |
|---|---|---|---|
| D-17 | Parisi Full Email Chain (Aug. 25, 2020) | | X |
| D-18 | McVeigh to Ranft et al re Roysdon PMR info + attachment (Aug. 28, 2020) | | X |
| D-19 | Inquiry Official Briefing Meeting Invite (Aug. 27, 2020) | X | |
| D-20 | McVeigh to Beall, Ranft, Bremer re Jaspers (Sept. 1, 2020) | X | |
| D-21 | McVeigh to Bremer (Sept. 2, 2020) | X | |
| D-22 | Bremer to McVeigh (Sept. 3, 2020) | X | |
| D-23 | McVeigh to Beall Email re Fib DD254 (Aug. 19, 2020) | | X |
| D-24 | Bremer Extension Request (Sep. 9, 2020) | | X |
| D-25 | Ekholm to R. Brown re Request for Investigating Officer (Aug. 25, 2020) | X | |
| D-26 | Leidos Meeting Invite (April 14, 2023) | X | |
| D-27 | Leidos Meeting Invite (March 27, 2023) | X | |
| D-28 | Email Chain with Beall, Brown, McV, et al. re RE Fib DD254 (Aug. 20, 2020) | | X |
| D-29 | Group Texts with Roysdon re PMR (Feb. 2020) | X | |
| D-30 | Roysdon Memo to Leidos (undated) | | X |
| D-31 | Bremer to McVeigh Email (Oct. 6, 2020) | | X |
| D-32 | HNCO Security Team Email Chain re Roysdon write-up (Aug. 27, 2020) | | X |
| D-33 | Morin to Bremer re Inquiry Official Letter (Aug. 27, 2020) | | X |
| D-34 | Rowe to Ekholm re Request for Investigating Officer (Aug. 26, 2020) | | X |
| D-35 | Beall to Burghard Email re Roysdon Debrief (Aug. 28, 2020) | X | |
| D-36 | Email Chain with McVeigh and AFRL re Tech SME (Aug. 18, 2020) | | X |
| D-37 | Jaspers to Brown re Leidos - Research (Jan. 26, 2020) | | X |
| D-38 | Ratermann to Roysdon (Feb. 2, 2023) | | X |
| D-39 | Ratterman to Roysdon (Mar. 27, 2023) | | X |
| D-40 | Jaspers to Gan, et al. (Apr. 3, 2023) | | X |
| D-41 | Jaspers to Brown re Cyber AI Cheatsheet (Apr. 5, 2023) | | X |
| D-42 | Jaspers to Brown, et al. (Apr. 10, 2023) | | X |
| D-43 | Roysdon to Ratermann Email (Apr. 12, 2023) | | X |
| D-44 | Capt. Gan to Jaspers Re Leidos Capability (Apr. 12, 2023) | | X |
| D-45 | GITI Consulting Agreement | | X |
| D-46 | GITI Task Order (June-Sept 2019) | | X |
| D-47 | GITI Task Order (October-December 2019) | | X |
| D-48 | GITI Modification (June 2020) | | X |
| D-49 | NSA Emails | | X |

| | | | |
|---|---|---|---|
| D-50 | StarNav Invoices | | X |
| D-51 | OIG Hotline Report Completion | | X |
| D-52 | GITI Monthly Report Summaries | | X |
| D-53 | Email Chain re NEED TO TALK SECURITY | | X |

Defendants reserve the right to offer additional exhibits for impeachment, or as necessary for rebuttal or to refresh a witness's recollection. Defendants further reserve the right to introduce any exhibits used or identified by Plaintiff.