UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. PAUL ROYSDON,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA, et al.,

    *Defendants*.

Case No. 5:22-CV-00869-JKP

---

**JOINT PRETRIAL ORDER
EXHIBIT 4 – PLAINTIFF'S EXHIBIT LIST**

---

Plaintiffs file this designation of exhibits under the Court's Amended Bench Trial Scheduling Order (ECF No. 99), the Federal Rules of Civil Procedure, and Local Rules 16(f)(4).

| Ex. No. | Bates Number | Doc Date | Description | Will Offer | May Offer |
|---|---|---|---|---|---|
| P-1 | Plaintiff_00000015 | | | | X |
| P-2 | Plaintiff_00000100 | | | | X |
| P-3 | Plaintiff_00000110 | 6/7/2019-9/5/2019 | Paul Roysdon Depo Exhibit 3 - Task Order Award | | X |
| P-4 | Plaintiff_00000112 | 10/1/2019-12/31/2019 | Paul Roysdon Depo Exhibit 4 - Task Order Award | | X |
| P-5 | Plaintiff_00000117 | | Paul Roysdon Letter to General Counsel at Leidos | | X |
| P-6 | US0000001 | Comp. | Misc. Emails, Notification of Resignation, CV, Notification of Personnel Action | | X |
| P-7 | US00000042 | 9/23/2022 | Memo RE Hotline Completion Report by Christopher Webb | | X |
| P-8 | US00000045 | 8/26/2020 | Air Force Office of Special Investigation Report, Emails | | X |
| P-9 | US00000057 | 6/4/2019 | Special Access Program Indoctrination Agreement | | X |

| | | | | |
|---|---|---|---|---|
| P-10 | US00000059 | 8/21/2020 | Memo RE AFLCMC/HNCO Update on DD 254 Status for Fibonacci by Jared Ekholm | X |
| P-11 | US00000060 | 8/19/2020 | Email Corr b/w Daniel Brown and William McVeigh and Email Corr b/w William McVeigh, Joseph Burghard, and Allen Rabayda | X |
| P-12 | US00000069 | 9/2/2020 | Email RE FW: (U) Action: Notification of Resignation (NoR) | X |
| P-13 | US00000076 | 9/29/2022 | Email Corr b/w John Nick and Christopher Webb | X |
| P-14 | US00000077 | 8/29/2022 | Memo RE Hotline Completion Report by Christopher Webb | X |
| P-15 | US00000080 | 8/29/2022 | Email Corr b/w John Nick and Christopher Webb RE DoD IG Complaint Report | X |
| P-16 | US00000088 | 8/12/2022 | Email Corr b/w Joseph Burghard and Christopher Webb | X |
| P-17 | US00000106 | 8/21/2022 | Memo RE (U)AFLCMC/HNCO Update on DD254 Status for Fibonacci by Jared Ekholm | X |
| P-18 | US00000108 | | Project Funding Report | X |
| P-19 | US00000114 | 10/6/2022 | Email Corr b/w Richard Bremer and William McVeigh | X |
| P-20 | US00000115 | 9/3/2024 | Email Corr b/w Richard Bremer and William McVeigh | X |
| P-21 | US00000116 | 8/27/2020 | Email Corr b/w William McVeigh and Allen Beall | X |
| P-22 | US00000162 | 8/19/2020 | Email Corr b/w William McVeigh and Daniel Brown | X |
| P-23 | US00000229 | 3/2/2021 | Email Corr b/w Theodore Oakley and William McVeigh | X |
| P-24 | US00000233 | 09/22/202 | Memo RE Inquiry of Security Incident by Richard Bremer | X |
| P-25 | US00000238 | 8/27/2020 | Email from Allen Beall to Willaim McVeigh | X |
| P-26 | US00000266 | 8/19/2020 | Email Corr b/w Joseph Burghard and William McVeigh | X |
| P-27 | US00000303 | 3/27/2023 | Email Corr b/w Todd Jaspers and Daniel Brown | X |
| P-28 | US00000327 | 6/17/2020 | Email Corr b/w Tanya Macrina and Tracy Winterton | X |
| P-29 | US00000331 | 4/14/2023 | Email Corr from Todd Jaspers RE Leidos- Cyber AI | X |

| | | | | |
|---|---|---|---|---|
| | | | Perimeter/Endpoint Demonstration | |
| P-30 | US00000333 | 3/23/2023 | Email Corr from Todd Jaspers RE AFLC/MC HNCO- Customer Presentation | X |
| P-31 | US00000372 | 8/24/2020 | Email Corr b/w Tanya Macrina and William Whitman | X |
| P-32 | US00000374 | 8/24/2020 | Email Corr b/w Tanya Macrina and William Whitman RE Government/Contractor Role-Excalibur | X |
| P-33 | US00000385 | 8/24/2020 | Email Corr b/w William McVeigh and Tanya Macrina | X |
| P-34 | US00000388 | 8/24/2020 | Email Corr b/w William McVeigh and Thomas Parisi | X |
| P-35 | US00000395 | 8/24/2020 | Email Corr b/w William McVeigh and Thomas Parisi RE FOUO\\Issue | X |
| P-36 | US00000400 | 8/24/2020 | Email Corr b/w Tanya Macrina and William Whitman RE Government/Contractor Role-Excalibur | X |
| P-37 | US00000409 | 8/24/22020 | Email Corr b/w William McVeigh and Tanya Macrina RE FUOU\\Letter copy on NIPR | X |
| P-38 | US00000418 | 8/24/2020 | Email Corr b/w William McVeigh and Thomas Parisi RE FOUO\\Issue | X |
| P-39 | US00000424 | 8/21/2020 | Memo RE (U) AFLCMC/HNCO Update on DD254 Status for Fibonacci | X |
| P-40 | US00000477 | 8/19/2020 | Email Corr b/w Joseph Burghard and William McVeigh RE MFR for Dr. Roysdon Please | X |
| P-41 | US00000581 | 8/17/2020 | Email Corr b/w William McVeigh and Thomas Parisi RE SETA Funding | X |
| P-42 | US00000629 | 7/22/2020 | Email Corr b/w Joseph Burghard and Daniel Brown | X |
| P-43 | US00000632 | 7/22/2020 | Email Corr b/w Joseph Burghard and Daniel Brown RE NEED TO TALK SECURITY | X |
| P-44 | US00000703 | 9/10/2020 | Statement of Suspect/Witness/Complainant | X |
| P-45 | US00000705 | 8/19/2020 | Email Corr b/w William McVeigh and Allen Beall RE Fib DD254 | X |

| | | | | |
|---|---|---|---|---|
| P-46 | US00000706 | 8/24/2020 | Email Corr b/w Tanya Macrina and Jayachandran Poovalai | X |
| P-47 | US00000724 | 6/24/2024 | Automated Case Tracking System | X |
| P-48 | US00000739 | 8/26/2020 | Email Corr b/w William Rowe and Jared Ekholm | X |
| P-49 | US00000744 | 9/22/2020 | Email Corr b/w Richard Bremer and William Rowe | X |
| P-50 | US00000745 | 9/9/2020 | Email Corr b/w Richard Bremer and Jared Ekholm | X |
| P-51 | US00000746 | 8/25/2020 | Email Corr b/w William Rowe and Jared Ekholm RE Inquiry Official Letter_ Bremer | X |
| P-52 | US00000784 | 8/27/2020 | Corr b/w Allen Beall and William McVeigh RE Roysdon interview and debrief | X |
| P-53 | US00000786 | 8/28/2020 | Email Corr b/w Allen Beall and Joseph Burghard | X |
| P-54 | US00000796 | 5/26/2021 | Corr b/w William McVeigh and Brian Bohenek | X |
| P-55 | US00000797 | 8/12/2022 | Corr b/w Joseph Burghard and Brian McKenzie | X |