UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. PAUL ROYSDON,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA, et al.,

    *Defendants.*

Case No. 5:22-CV-00869-JKP

---

**PLAINTIFF'S NOTICE OF DEPOSITION DESIGNATIONS FOR TODD JASPERS**

---

Plaintiff Dr. Paul Roysdon submits this Notice of Deposition Designations for the Deposition of Todd Jaspers.

**Pg. 13: Ln. 1 – Pg. 15: Ln. 25**

**21:1 – 23:25**

**25:1 – 29:25**

**41:1 – 43:25**

**44:1 – 47:25**

**48:1 – 50:25**

**58:1 – 60:25**

**64:1 – 69:4**

**78:1 – 84-25**

**103:1 – 106:25**

**105:1 – 108:25**

Date: August 25, 2025

        Respectfully submitted,

        **Hendley & Hodges Law PLLC**
        4594 US Hwy 281 N
        Spring Branch, Texas 78070
        Tel: (210) 714-0924
        Fax: (210) 640-3398

        By:    */s/ John W. Hodges Jr.*
        John W. Hodges Jr.
        TX Bar No. 24090167
        Email: john@hhtx.law

        -and-

        **Allen Vellone Wolf Helfrich & Factor P.C.**
        1600 Stout Street, Suite 1900
        Denver, Colorado 80202
        Tel:(303) 534-4499

        By:    */s/ Jason R. Wareham*
        Jason R. Wareham
        Colorado Bar No. 56974
        *Pro Hac Vice*
        jwareham@allen-vellone.com

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing instrument has been served to all attorneys of record in accordance with the Federal Rules of Civil Procedure, on this 20th day of August 2025.

Joseph A. Gonzalez, joseph.a.gonzalez@usdoj.gov

Robert D. Green, Robert.Green3@usdoj.gov

Katrina Seeman, katrina.m.seeman@usdoj.gov

                        */s/ Rebecca H. Bradshaw*
                        Allen Vellone Wolf Helfrich & Factor P.C.
                        1600 Stout Street, Suite 1900
                        Denver, Colorado 80202
                        (303) 534-4499 | Main