# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**DR. PAUL ROYSDON,**

    *Plaintiff*,

**v.**

**UNITED STATES OF AMERICA, et al.,**

    *Defendants.*

Case No. 5:22-CV-00869-JKP

## JOINT PRETRIAL ORDER
## EXHIBIT 3 – PLAINTIFF'S EXHIBIT LIST

Plaintiffs file this designation of exhibits under the Court's Amended Bench Trial Scheduling Order (ECF No. 99), the Federal Rules of Civil Procedure, and Local Rules 16(f)(4).

| Ex. No. | Bates Number | Doc Date | Description | Will Offer | May Offer |
|---|---|---|---|---|---|
| P1 | Plaintiff_00000110 | 6/7/2019-9/5/2019 | Paul Roysdon Depo Exhibit 3 - Task Order Award | | X |
| P2 | Plaintiff_00000112 | 10/1/2019-12/31/2019 | Paul Roysdon Depo Exhibit 4 - Task Order Award | | X |
| P3 | Plaintiff_00000117 | | Paul Roysdon Letter to General Counsel at Leidos | | X |
| P4 | US0000001 | Comp. | Misc. Emails, Notification of Resignation, CV, Notification of Personnel Action | | X |
| P5 | US00000045 | 8/26/2020 | Air Force Office of Special Investigation Report, Emails | | X |
| P6 | US00000057 | 6/4/2019 | Special Access Program Indoctrination Agreement | | X |
| P7 | US00000059 | 8/21/2020 | Memo RE AFLCMC/HNCO Update on DD 254 Status for Fibonacci by Jared Ekholm | | X |
| P8 | US00000060 | 8/19/2020 | Email Corr b/w Daniel Brown and William McVeigh and Email Corr b/w William McVeigh, | | X |

| | | | Joseph Burghard, and Allen Rabayda | |
|---|---|---|---|---|
| P9 | US00000069 | 9/2/2020 | Email RE FW: (U) Action: Notification of Resignation (NoR) | X |
| P10 | US00000076 | 9/29/2022 | Email Corr b/w John Nick and Christopher Webb | X |
| P11 | US00000077 | 8/29/2022 | Memo RE Hotline Completion Report by Christopher Webb | X |
| P12 | US00000080 | 8/29/2022 | Email Corr b/w John Nick and Christopher Webb RE DoD IG Complaint Report | X |
| P13 | US00000088 | 8/12/2022 | Email Corr b/w Joseph Burghard and Christopher Webb | X |
| P14 | US00000108 | | Project Funding Report | X |
| P15 | US00000115 | 9/3/2024 | Email Corr b/w Richard Bremer and William McVeigh | X |
| P16 | US00000116 | 8/27/2020 | Email Corr b/w William McVeigh and Allen Beall | X |
| P17 | US00000229 | 3/2/2021 | Email Corr b/w Theodore Oakley and William McVeigh | X |
| P18 | US00000233 | 09/22/202 | Memo RE Inquiry of Security Incident by Richard Bremer | X |
| P19 | US00000238 | 8/27/2020 | Email from Allen Beall to Willaim McVeigh | X |
| P20 | US00000327 | 6/17/2020 | Email Corr b/w Tanya Macrina and Tracy Winterton | X |
| P21 | US00000333 | 3/23/2023 | Email Corr from Todd Jaspers RE AFLC/MC HNCO- Customer Presentation | X |
| P22 | US00000372 | 8/24/2020 | Email Corr b/w Tanya Macrina and William Whitman | X |
| P23 | US00000374 | 8/24/2020 | Email Corr b/w Tanya Macrina and William Whitman RE Government/Contractor Role-Excalibur | X |
| P24 | US00000385 | 8/24/2020 | Email Corr b/w William McVeigh and Tanya Macrina | X |
| P25 | US00000388 | 8/24/2020 | Email Corr b/w William McVeigh and Thomas Parisi | X |
| P26 | US00000395 | 8/24/2020 | Email Corr b/w William McVeigh and Thomas Parisi RE FOUO\\Issue | X |
| P27 | US00000400 | 8/24/2020 | Email Corr b/w Tanya Macrina and William Whitman RE Government/Contractor Role-Excalibur | X |

| | | | | |
|---|---|---|---|---|
| P28 | US00000409 | 8/24/22020 | Email Corr b/w William McVeigh and Tanya Macrina RE FUOU\\Letter copy on NIPR | X |
| P29 | US00000418 | 8/24/2020 | Email Corr b/w William McVeigh and Thomas Parisi RE FOUO\\Issue | X |
| P30 | US00000424 | 8/21/2020 | Memo RE (U) AFLCMC/HNCO Update on DD254 Status for Fibonacci | X |
| P31 | US00000581 | 8/17/2020 | Email Corr b/w William McVeigh and Thomas Parisi RE SETA Funding | X |
| P32 | US00000629 | 7/22/2020 | Email Corr b/w Joseph Burghard and Daniel Brown | X |
| P33 | US00000632 | 7/22/2020 | Email Corr b/w Joseph Burghard and Daniel Brown RE NEED TO TALK SECURITY | X |
| P34 | US00000706 | 8/24/2020 | Email Corr b/w Tanya Macrina and Jayachandran Poovalai | X |
| P35 | US00000724 | 6/24/2024 | Automated Case Tracking System | X |
| P36 | US00000745 | 9/9/2020 | Email Corr b/w Richard Bremer and Jared Ekholm | X |
| P37 | US00000786 | 8/28/2020 | Email Corr b/w Allen Beall and Joseph Burghard | X |
| P38 | US00000796 | 44342 | Corr b/w William McVeigh and Brian Bohenek | X |
| P39 | US00000797 | 44785 | Corr b/w Joseph Burghard and Brian McKenzie | X |
| | | | Any exhibits listed by Defendant | |
| | | | Any exhibit necessary for purposes of rebuttal or impeachment | |
| | | | All pleadings, discovery responses, depositions or exhibits thereto and any filings in the instant litigation | |