# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

DR. PAUL ROYSDON,

    *Plaintiff*,

v.

UNITED STATES, *et al.*,

    *Defendants*.

No. 5:22-cv-00869-JKP-HJB

## EXHIBIT 4 – DEFENDANTS' EXHIBIT LIST

Defendants file this designation of exhibits under the Court's Amended Bench Trial Scheduling Order (ECF No. 99), the Federal Rules of Civil Procedure, and Local Rule 16(f)(4).

| Ex. No. | Description | Will Offer | May Offer |
|---|---|---|---|
| D-1 | OSI Form 40 (with attachments) | X | |
| D-2 | Brown to McVeigh sending NSA Altered Email (Aug. 20, 2020) | X | |
| D-3 | Bremer Appointment Letter (Aug. 25, 2020) | X | |
| D-4 | Bremer Report (Sep. 22, 2020) | X | |
| D-5 | August 24, 2020 Email Chain re paperwork | X | |
| D-6 | Inquiry Official Briefing Meeting Invite (Aug. 27, 2020) | X | |
| D-7 | McVeigh to Beall, Ranft, Bremer re Jaspers (Sept. 1, 2020) | X | |
| D-8 | Ekholm to R. Brown re Request for Investigating Officer (Aug. 25, 2020) | X | |
| D-9 | Email Chain with Beall, Brown, McV, et al. re RE Fib DD254 (Aug. 20, 2020) | | X |
| D-10 | Group Texts with Roysdon re PMR (Feb. 2020) | X | |
| D-11 | HNCO Security Team Email Chain re Roysdon write-up (Aug. 27, 2020) | | X |
| D-12 | Morin to Bremer re Inquiry Official Letter (Aug. 27, 2020) | | X |
| D-13 | Beall to Burghard Email re Roysdon Debrief (Aug. 28, 2020) | X | |

| | | | |
|---|---|---|---|
| D-14 | Email Chain with McVeigh and AFRL re Tech SME (Aug. 18, 2020) | | X |
| D-15 | Jaspers to Brown re Leidos - Research (Jan. 26, 2020) | | X |
| D-16 | Ratermann to Roysdon (Feb. 2, 2023) | | X |
| D-17 | Ratermann to Roysdon (Mar. 27, 2023) | | X |
| D-18 | Jaspers to Gan, et al. (Apr. 3, 2023) | | X |
| D-19 | Jaspers to Brown re Cyber AI Cheatsheet (Apr. 5, 2023) | | X |
| D-20 | Jaspers to Brown, et al. (Apr. 10, 2023) | | X |
| D-21 | Roysdon to Ratermann Email (Apr. 12, 2023) | | X |
| D-22 | Capt. Gan to Jaspers Re Leidos Capability (Apr. 12, 2023) | | X |
| D-23 | GITI Task Order (June-Sept 2019) | | X |
| D-24 | GITI Task Order (October-December 2019) | | X |
| D-25 | GITI Modification (June 2020) | | X |
| D-26 | StarNav Invoices | | X |
| D-27 | OIG Hotline Report Completion | | X |
| D-28 | GITI Monthly Report Summaries | | X |
| D-29 | Email Chain re NEED TO TALK SECURITY | | X |

Defendants reserve the right to offer additional exhibits for impeachment, or as necessary for rebuttal or to refresh a witness's recollection. Defendants further reserve the right to introduce any exhibits used or identified by Plaintiff.