UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. PAUL ROYSDON,

    *Plaintiff*,                                  Case No. 5:22-CV-00869-JKP

v.

UNITED STATES OF AMERICA, et al.,

    *Defendants.*

### JOINT PRETRIAL ORDER
### EXHIBIT 5 – PLAINTIFF'S NOTICE OF DEPOSITION DESIGNATIONS FOR TODD JASPERS

Plaintiff Dr. Paul Roysdon submits this Notice of Deposition Designations for the Deposition of Todd Jaspers.

    **Pg. 13: Ln. 1 – Pg. 15: Ln. 25**

    **21:1 – 23:25**

    **25:1 – 29:25**

    **41:1 – 43:25**

    **44:1 – 47:25**

    **48:1 – 50:25**

    **58:1 – 60:25**

    **64:1 – 69:4**

    **78:1 – 84-25**

**103:1 – 106:25**

**105:1 – 108:25**

Date: August 26, 2025

                                        Respectfully submitted,

                                        **Hendley & Hodges Law PLLC**
                                        4594 US Hwy 281 N
                                        Spring Branch, Texas 78070
                                        Tel: (210) 714-0924
                                        Fax: (210) 640-3398

                                        By:    */s/ John W. Hodges Jr.*
                                        John W. Hodges Jr.
                                        TX Bar No. 24090167
                                        Email: john@hhtx.law

                                        -and-

                                        **Allen Vellone Wolf Helfrich & Factor P.C.**
                                        1600 Stout Street, Suite 1900
                                        Denver, Colorado 80202
                                        Tel:(303) 534-4499

                                        By:    */s/ Jason R. Wareham*
                                        Jason R. Wareham
                                        Colorado Bar No. 56974
                                        *Pro Hac Vice*
                                        jwareham@allen-vellone.com

                                        **ATTORNEYS FOR PLAINTIFF**