# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

DR. PAUL ROYSDON,

    *Plaintiff*,

v.                                             Case No. 5:22-CV-00869-JKP

UNITED STATES OF AMERICA, FRANK KENDALLIII, LT. GEN. KEVIN KENNEDY, (USAF); LT. GEN. SHAUN Q. MORRIS, (USAF); JOSEPH DANIEL BURGHARD, (USAF); ALLEN C. RABAYDA, (USAF); LT. COL. JARED EKHOLM, (USAF); CAPTAIN WILLIAM MCVEIGH, (USAF); UNKNOWN NAMED USAF OSI AGENT, JOHN DOES 1-50, DEPARTMENT OF THE AIR FORCE, AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS,

    *Defendants*.

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court has granted Defendants' Motion for Summary Judgment, (*ECF No. 113*). Because the Court has now dismissed all causes of action against Defendants, it issues this Final Judgment pursuant to Fed. R. Civ. P. 58 and **DISMISSES** this action with prejudice. Plaintiff takes nothing from his causes of action against Defendants.

It is so **ORDERED**.
SIGNED this 28th day of August, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE