UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. PAUL F. ROYSDON,<br><br>  *Plaintiff*,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>  *Defendants*. | No. 5:22-cv-00869-JKP-HJB |

### DECLARATION OF KATRINA SEEMAN
### IN SUPPORT OF DEFENDANTS' BILL OF COSTS

I, Katrina Marie Seeman, hereby state and declare as follows:

  1. I am a Trial Attorney employed by the United States Department of Justice, Civil Division, Torts Branch, Constitutional and Specialized Torts Litigation Section.

  2. I have been co-counsel representing Defendant United States of America, the United States Department of the Air Force, Air Force Office of Special Investigations, and the official-capacity Defendants since March 20, 2025, before any depositions were taken in this matter.  The Court granted Defendants' motion for summary judgment and entered a final judgment against Plaintiff on August 28, 2025.

  3. I am personally familiar with the costs Defendants incurred in defense of this action and can attest as required by Local Rule CV-54(a) and 28 U.S.C. § 1924 that each cost is correct as reflected in the invoices attached to the form AO 133.  These costs were necessarily incurred in the case and the services for which fees have been charged were actually and necessarily performed.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 11th day of September, 2025.

                                        KATRINA M. SEEMAN
                                        D.C. Bar No. 1671729
                                        Trial Attorney
                                        Torts Branch, Civil Division
                                        United States Department of Justice
                                        P.O. Box 7146, Ben Franklin Station
                                        Washington, D.C. 20044
                                        (202) 616-0674
                                        katrina.m.seeman@usdoj.gov