## Capital Reporting Company

Tel. 202-857-3376 Email: billing@capitalreportingcompany.com
Fed. Tax ID: 20-0203552



| Bill To: | Katrina Seeman | | |
|---|---|---|---|
| | Department of Justice Civil Division Constitutional & Specialized Torts | **Invoice #:** | **8398061** |
| | P.O. Box 7146, | **Invoice Date:** | **6/16/2025** |
| | Ben Franklin Station | **Balance Due:** | **$2,497.75** |
| | Washington, DC, 20044 | | |

**Case: Roe, John v. United States Of America Et Al (5:22cv00869JKPHJB)**        **Proceeding Type: Depositions**

Job #: 7396796   |   Job Date: 5/30/2025   |   Delivery: Normal

| Location: | Washington, DC |
|---|---|
| Billing Atty: | Katrina Seeman |
| Scheduling Atty: | Katrina Seeman | Department of Justice Civil Division Constitutional & Specialized Torts |

| **Witness: Paul Roysdon, Ph.D.** | **Amount** |
|---|---|
| Transcript Services | $1,722.00 |
| Professional Attendance | $125.00 |
| Exhibits | $70.00 |
| Logistics, Processing & Electronic Files | $140.00 |
| Virtual Services | $295.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |
| **Non Witness Specific Charges** | **Amount** |
| Expenses | $46.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,497.75** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,497.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **8398061** |
|---|---|---|---|
| Capital Reporting Company | **A/C Name:** Capital Reporting Company | **Invoice Date:** | **6/16/2025** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due:** | **$2,497.75** |
| Chicago IL 60694-1303 | **Account No:** 2049351 **ABA:** 071000288 | | |
| Fed. Tax ID: 20-0203552 | **Swift:** HATRUS44 | | |
| | Pay by Credit Card: | | |
| | www.capitalreportingcompany.com | | |

**EXHIBIT 1**

123522