## Capital Reporting Company

Tel. 202-857-3376 Email: billing@capitalreportingcompany.com
Fed. Tax ID: 20-0203552



| Bill To: | Katrina Seeman<br>Department of Justice Civil Division Constitutional & Specialized Torts<br>P.O. Box 7146,<br>Ben Franklin Station<br>Washington, DC, 20044 | **Invoice #:** 8373648<br>**Invoice Date:** 6/5/2025<br>**Balance Due:** $1,661.90 |
|---|---|---|

**Case: Roe, John v. United States (5:22cv00869JKPHJB)**  **Proceeding Type: Depositions**

Job #: 7351249   |   Job Date: 5/8/2025   |   Delivery: Normal

Location:   Washington, DC

Billing Atty:   Katrina Seeman

Scheduling Atty:   Katrina Seeman | Department of Justice Civil Division Constitutional & Specialized Torts

| Witness: Paul Roysdon | Amount |
|---|---|
| Transcript Services | $897.90 |
| Professional Attendance | $260.00 |
| Logistics, Processing & Electronic Files | $110.00 |
| Virtual Services | $295.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | Invoice Total: | $1,661.90 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,661.90 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

---

**Remit to:**
Capital Reporting Company
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-0203552

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Capital Reporting Company
**Bank Name:** BMO Harris Bank
**Account No:** 2049351 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card:
www.capitalreportingcompany.com

Invoice #:  8373648
Invoice Date:  6/5/2025
Balance Due:  $1,661.90

**EXHIBIT 2**

B420250614

123522