**Koole Court Reporters**

8000 W INTERSTATE 10 STE. 600
SAN ANTONIO, TX  78230

(210) 558-9484

myreportingfirm@gmail.com



# INVOICE

| BILL TO | | INVOICE | 40404 |
|---|---|---|---|
| U.S. Department of Justice | | DATE | 04/10/2025 |
| Civil Division, Torts Branch | | TERMS | Due on receipt |
| 175 N. Street, NE, 7th Floor | | | |
| Washington, DC  20002 | | | |

| CASE NAME | CASE NO. | WITNESS NAME |
|---|---|---|
| Roe vs. U.S. of America | 5:22-CV-00869-JKP-HJB | Daniel D.S. Brown |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| Video copy | Video deposition of Daniel D.S. Brown taken 3/24/25. | 643.13 |

Attorney:  Reginald M. Skinner
Videographer:  Mario

BALANCE DUE                                                                 **$643.13**

**EXHIBIT**
**3a**

Federal ID#85-4345720

Invoice not paid by the due date is subject to interest of 1.5% per month.  We will make reasonable efforts to allocate payments properly.  Koole Court Reporters may recover any fees and costs it incurs in collecting any unpaid amounts.  Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Koole Court Reporters**

8000 W INTERSTATE 10 STE. 600
SAN ANTONIO, TX  78230

(210) 558-9484

myreportingfirm@gmail.com



# INVOICE

| BILL TO | | INVOICE | 40402 |
|---|---|---|---|
| U.S. Department of Justice | | DATE | 04/10/2025 |
| Civil Division, Torts Branch | | TERMS | Due on receipt |
| 175 N. Street, NE, 7th Floor | | | |
| Washington, DC  20002 | | | |

| CASE NAME | CASE NO. | WITNESS NAME |
|---|---|---|
| Roe vs. U.S. of America | 5:22-CV-00869-JKP-HJB | Daniel D.S. Brown |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| Transcript Copy | Deposition transcript copy of Daniel D.S. Brown taken 3/24/25. | 997.70 |

Attorney:  Reginald M. Skinner
Court Reporter:  Marta

BALANCE DUE                                    **$997.70**

**EXHIBIT
3b**

Federal ID#85-4345720

Invoice not paid by the due date is subject to interest of 1.5% per month.  We will make reasonable efforts to allocate payments properly.  Koole Court Reporters may recover any fees and costs it incurs in collecting any unpaid amounts.  Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.