**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Robert Green, Esq.
United States Attorney's Office - Denver
1801 California Street, Suite 1600
Suite 1600
Denver, CO 80202

## Invoice #340408

| Date | Terms |
|---|---|
| 04/24/2025 | Due Upon Receipt |

| Assignment #229040 on 04/11/2025 | |
|---|---|
| **Case:** Roe v. United States of America | **Shipped On:** 04/23/2025 |
| **Case Number#:** 5:22-CV-00869-JKP-HJB | **Shipped Via:** Email |
| | **Delivery Type:** Standard |

| Description | Amount |
|---|---|
| **Copy Transcript of Todd Jaspers** | |
| Administration and Processing Fee | $ 75.00 |
| Electronic Copy | $ 562.80 |
| AB Connect Videoconferencing | $ 30.00 |
| Delivery / Email Only | $ 0.00 |
| | $ 667.80 |

| | |
|---|---|
| Amount Due: | $ 667.80 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 667.80** |
| **Payment Due:** | **05/26/2025** |
| If paid after Payment Due Date pay: | $ 672.27 |

**Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.

 If paying by check, please detach this portion and return with your payment
--------------------------------------------------------------------------------------------------------------------------------------------------------
Tax ID 84-1334569
Invoice No. : 340408
Job No. : 229040
Amount Due: $ 667.80

Remit To: AB Litigation Services
          216 16th Street, Suite 600
          Denver, CO 80202

Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

**EXHIBIT 4**