**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Robert Green, Esq.
United States Attorney's Office - Denver
1801 California Street, Suite 1600
Suite 1600
Denver, CO 80202

### Invoice #340536

| Date | Terms |
|---|---|
| 04/29/2025 | Due Upon Receipt |

| Assignment #229168 on 04/16/2025 | |
|---|---|

**Case:** Roe v. United States of America
**Case Number#:** 5:22-CV-00869-JKP-HJB
**Shipped On:** 04/29/2025
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | Amount |
|---|---|
| **Copy Transcript of Thomas Parisi** | |
| Administration and Processing Fee | $ 75.00 |
| Electronic Copy | $ 470.40 |
| AB Connect Videoconferencing | $ 30.00 |
| Delivery / Email Only | $ 0.00 |
| | $ 575.40 |

| | |
|---|---|
| Amount Due: | $ 575.40 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 575.40** |
| **Payment Due:** | **05/29/2025** |
| If paid after Payment Due Date pay: | $ 579.26 |

**\*\*Please include the invoice number on all payments. Monthly finance charge of .667% applied after 30 days.**

If paying by check, please detach this portion and return with your payment
----------------------------------------------------------------------------------------------------------------------------------------------------

Tax ID 84-1334569
Invoice No. : 340536
Job No. : 229168
Amount Due: $ 575.40

Remit To: AB Litigation Services
216 16th Street, Suite 600
Denver, CO 80202

Payment by electronic check or credit card may be made here: http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

**EXHIBIT 5**