**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Katrina M. Seeman, Esq.
US Department of Justice, Civil Division, Torts Branch Constitutional & Specialized Tort Litigation
950 Pennsylvania Avenue NW
Washington, DC 20530

*Invoice #340716*

| Date | Terms |
|---|---|
| 05/09/2025 | Due Upon Receipt |

| Assignment #229356 on 04/21/2025 |
|---|

**Case:** Roe v. United States of America          **Shipped On:** 05/08/2025
**Case Number#:** 5:22-CV-00869-JKP-HJB          **Shipped Via:** Email
                                                  **Delivery Type:** Standard

| Description | Amount |
|---|---|
| **Copy Transcript Remote Video Deposition of 30(b)(6) Air Force Life Cycle Managment William Rowe** | |
| Administration and Processing Fee | $ 75.00 |
| Electronic Copy | $ 264.60 |
| | $ 339.60 |
| **Copy Transcript Remote Video Deposition of 30(b)(6) Air Force Life Cycle Managment Richard Bremer** | |
| Electronic Copy | $ 142.80 |
| AB Connect Videoconferencing | $ 30.00 |
| Delivery / Email Only | $ 0.00 |
| | $ 172.80 |
| Amount Due: | $ 512.40 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 512.40** |
| **Payment Due:** | **06/09/2025** |
| If paid after Payment Due Date pay: | $ 515.83 |

**\*\*Please include the invoice number on all payments. Monthly finance charge of .667% applied after 30 days.**

If paying by check, please detach this portion and return with your payment

-------------------------------------------------------------------------------------------------------------------------------------------

Tax ID 84-1334569
Invoice No. : 340716
Job No. : 229356
Amount Due: $ 512.40

Remit To: AB Litigation Services
         216 16th Street, Suite 600
         Denver, CO 80202

| EXHIBIT |
|---|
| **7** |

Payment by electronic check or credit card may be made here: http://bit.ly/ABLSQuickPay or by calling 303-296-0017.