**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Katrina M. Seeman, Esq.
US Department of Justice, Civil Division, Torts Branch Constitutional & Specialized Tort Litigation
950 Pennsylvania Avenue NW
Washington, DC 20530

*Invoice #340699*

| Date | Terms |
|---|---|
| 05/08/2025 | Due Upon Receipt |

| Assignment #229357 on 04/24/2025 |
|---|

**Case:** Roe v. United States of America
**Case Number#:** 5:22-CV-00869-JKP-HJB
**Shipped On:** 05/07/2025
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | Amount |
|---|---|
| **Copy Transcript Remote Video Deposition of 30(b)(6) Secretary of the US Air Force Special Programs Joseph Burghard** | |
| Administration and Processing Fee | $ 75.00 |
| Electronic Copy | $ 205.80 |
| Scanned Exhibits | $ 0.55 |
| | $ 281.35 |
| **Copy Transcript Remote Video Deposition of 30(b)(6) US Air Force Office of Special Investigations Michael Crunk** | |
| Electronic Copy | $ 147.00 |
| | $ 147.00 |
| **Copy Transcript Remote Video Deposition of 30(b)(6) US Air Force Office of Special Investigations Alexandra McDonald** | |
| Electronic Copy | $ 155.40 |
| Scanned Exhibits | $ 1.10 |
| | $ 156.50 |
| **Remote Video Deposition of Other** | |
| AB Connect Videoconferencing | $ 30.00 |
| Delivery / Email Only | $ 0.00 |
| | $ 30.00 |

| | |
|---|---|
| Amount Due: | $ 614.85 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 614.85** |
| **Payment Due:** | **06/09/2025** |
| If paid after Payment Due Date pay: | $ 618.97 |

**\*\*Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.**

If paying by check, please detach this portion and return with your payment

**EXHIBIT 8**

# *Invoice #340699*

--------------------------------------------------------------------------------------------------------------------------------------------------

**Tax ID 84-1334569**
**Invoice No. : 340699**
**Job No. : 229357**
**Amount Due: $ 614.85**

**Remit To: AB Litigation Services**
              **216 16th Street, Suite 600**
              **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**