**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Katrina M. Seeman, Esq.
US Department of Justice, Civil Division, Torts Branch Constitutional & Specialized Tort Litigation
950 Pennsylvania Avenue NW
Washington, DC 20530

*Invoice #340875*

| Date | Terms |
|---|---|
| 05/20/2025 | Due Upon Receipt |

| Assignment #229358 on 05/07/2025 |
|---|

**Case:** Roe v. United States of America   **Shipped On:** 05/19/2025
**Case Number#:** 5:22-CV-00869-JKP-HJB   **Shipped Via:** Email
                                            **Delivery Type:** Standard

| Description | Amount |
|---|---:|
| **Copy Transcript Remote Video Deposition of 30(b)(6) AFLCMC #4 Jared Ekholm** | |
| Administration and Processing Fee | $ 75.00 |
| Electronic Copy | $ 306.60 |
| AB Connect Videoconferencing | $ 30.00 |
| Delivery / Email Only | $ 0.00 |
| | $ 411.60 |

| | |
|---:|---:|
| Amount Due: | $ 411.60 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 411.60** |
| **Payment Due:** | **06/19/2025** |
| If paid after Payment Due Date pay: | $ 414.36 |

**Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.

 If paying by check, please detach this portion and return with your payment
-------------------------------------------------------------------------------------------------------------------------------------------------------------

Tax ID 84-1334569
Invoice No. : 340875
Job No. : 229358
Amount Due: $ 411.60

Remit To: AB Litigation Services
           216 16th Street, Suite 600
           Denver, CO 80202

Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

**EXHIBIT 9**