**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203


**AB Litigation SERVICES**

Katrina M. Seeman, Esq.
US Department of Justice, Civil Division, Torts Branch Constitutional & Specialized Tort Litigation
950 Pennsylvania Avenue NW
Washington, DC 20530

*Invoice #341023*

| Date | Terms |
|---|---|
| 05/28/2025 | Due Upon Receipt |

| Assignment #228928 on 05/15/2025 |
|---|

**Case:** Roe v. United States of America   **Shipped On:** 05/27/2025
**Case Number#:** 5:22-CV-00869-JKP-HJB   **Shipped Via:** Email
                                           **Delivery Type:** Standard

| Description | Amount |
|---|---:|
| **Copy Transcript Remote Video Deposition of Joseph Daniel Burghard** | |
| Administration and Processing Fee | $ 75.00 |
| Electronic Copy | $ 655.20 |
| Scanned Exhibits | $ 17.05 |
| AB Connect Videoconferencing | $ 30.00 |
| Delivery / Email Only | $ 0.00 |
| | $ 777.25 |

| | |
|---:|---:|
| Amount Due: | $ 777.25 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 777.25** |
| **Payment Due:** | **06/30/2025** |
| If paid after Payment Due Date pay: | $ 782.46 |

**\*\*Please include the invoice number on all payments. Monthly finance charge of .667% applied after 30 days.**

If paying by check, please detach this portion and return with your payment
--------------------------------------------------------------------------------------------------------------------------------------------------
Tax ID 84-1334569
Invoice No. : 341023
Job No. : 228928
Amount Due: $ 777.25

Remit To: AB Litigation Services
          216 16th Street, Suite 600
          Denver, CO 80202

Payment by electronic check or credit card may be made here: http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

**EXHIBIT 10**