AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

INVOICE NO: 20250612

**MAKE CHECKS PAYABLE TO:**

Katrina Seeman
Department of Justice - DC
175 N Street, NE
Washington, DC 20002

Phone:

Chris Poage, CRR, RMR
United States Court Reporter
9478 Camino Venado
Helotes, TX 78023

Phone: (210) 244-5036

Tax ID: 81-4452558

| | CRIMINAL | X CIVIL | DATE ORDERED: 08-07-2025 | DATE DELIVERED: 08-13-2025 |
|---|---|---|---|---|

**Case Style:** 5:22-cv-00869-JKP, Dr. Paul Roysdon v United States of America
Motion Hearing (8/6/2025)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 50 | 5.10 | 255.00 | | | | | | | 255.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 255.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $255.00 |

**ADDITIONAL INFORMATION**
     Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
     I certify that the transcript fees  charged  and  page  format  used  comply  with  the  requirements of this court and the Judicial Conference of the United States.

SIGNATURE: */s/ Chris Poage*

DATE: 08-13-2025

*(All previous editions of this form are cancelled and should be destroyed)*

**EXHIBIT 11**